DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRIS KALTSAS (NYBN 5460902)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    Email: chris.kaltsas2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ONE PARCEL OF REAL PROPERTY LOCATED AT 9414 PLAZA POINT DRIVE, MISSOURI CITY, TEXAS, 77459,<br><br>    Defendant. | CASE NO.<br><br>**VERIFIED COMPLAINT FOR CIVIL FORFEITURE *IN REM*** |

The United States of America, by its attorneys, David L. Anderson, United States Attorney, and Chris Kaltsas, Assistant United States Attorney for the Northern District of California, brings this complaint and alleges as follows:

**NATURE OF THE ACTION**

1. This is a judicial forfeiture action *in rem*, as authorized by Title 18, United States Code, Section 981; and Title 18, United States Code, Section 1343.

COMPLAINT FOR CIVIL FORFEITURE           1

2. This Court has jurisdiction under Title 18, United States Code, Section 981 and Title 28, United States Code, Sections 1345 and 1355, as the defendant real property constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 1343, or a conspiracy to commit such an offense. Title 18, United States Code, Section 1343 is incorporated into Title 18, United States Code, Section 981 via Title 18, United States Code, Sections 1956(c)(7) and 1961(1).

3. This action is timely filed in accordance with Title 18, United States Code, Section 983 and Supplemental Rule G of the Federal Rules of Civil Procedure.

4. Venue is proper because the acts and/or omissions giving rise to forfeiture occurred in the Northern District of California. See Title 28, United States Code, Section 1355(b)(1)(A).

5. Intra-district venue is proper in the San Francisco division within the Northern District of California.

**PARTIES**

6. Plaintiff is the United States of America.

7. The defendant property is one (1) parcel of real property located at the address commonly known as 9414 Plaza Point Drive, Missouri City, Texas, 77459 ("the RESIDENCE"). This address is associated with assessor's parcel number ("APN") 8136910010080907. The property's owners include Rowland Marcus Andrade ("ANDRADE") and his wife, Soimaz Andrade.

**FACTS**

8. ANDRADE and his close associates, including individual J.D., engaged in a scheme to defraud wherein ANDRADE and his associates stated that ANDRADE and his company, National AtenCoin Foundation ("NAC") were working on a new cryptocurrency, at various times called AtenCoin, AML Bitcoin, and ABTC. According to statements made by ANDRADE and his associates, the new cryptocurrency would operate using various biometric verification mechanisms to render the cryptocurrency compliant with anti-money laundering regulations, "know your customer" regulations, and various rules governing the financial industry set forth in the PATRIOT Act.

9. ANDRADE, J.D., and ANDRADE's associates induced numerous individuals to invest into the cryptocurrency through materially false and misleading statements regarding the status of the development of the cryptocurrency and the use of funds raised from investors. Investors were also told

false statements regarding business arrangements that ANDRADE and his associates had purportedly made with government agencies and ports, falsely leading investors to believe ANDRADE's and his associates' statements about the prospects of the AML Bitcoin cryptocurrency.

10. In 2018, J.D. convinced an individual ("VICTIM ONE") to invest in the cryptocurrency project and to purchase so-called tokens that would be redeemable for the cryptocurrency AML Bitcoin at a later date. J.D. met with VICTIM ONE and discussed the cryptocurrency in person and via telephone and email. Between January 12 and January 29, 2018, VICTIM ONE wired over $1,000,000 from a personal bank account into an account J.D. controlled held at JP Morgan Chase Bank, with an account number ending in **8602** (the "BBC" account). VICTIM ONE wired money from their personal account to the BBC account in the following transactions:

| Item | Date | Amount |
|---|---|---|
| 1 | 1/12/2018 | $120,000.00 |
| 2 | 1/12/2018 | $730,000.00 |
| 3 | 1/23/2018 | $150,000.00 |
| 4 | 1/25/2018 | $67,500.00 |
| 5 | 1/29/2018 | $37,500.00 |
| **Total Sent:** | | **$1,105,000.00** |

11. VICTIM ONE invested based on information provided and statements made by J.D., including that the cryptocurrency was under development; that millions of tokens representing the cryptocurrency had been successfully sold; and that his funds would be used to further the development of the cryptocurrency. ANDRADE also falsely promised VICTIM ONE, among other investors, on numerous occasions that the launch of the cryptocurrency was months away, notwithstanding that at the time of the statements development were minimal and not progressing.

12. After J.D. obtained funds from VICTIM ONE, he transferred those funds to another bank account held by a third party who acted at the direction of ANDRADE at JP Morgan Chase Bank, bearing

COMPLAINT FOR CIVIL FORFEITURE                3

an account number ending in **7620** ("the DSA account"). Those funds eventually transferred to an account labeled as belonging to NAC Payroll Services Inc. (the "payroll services account"), over which ANDRADE held signatory authority. VICTIM ONE also made deposits directly into the NAC's "payroll services account."

13. VICTIM ONE's investments are traceable to later transfers of funds from the NAC payroll services account to a bank account labeled as the "Fintech Fund" account at Wells Fargo Bank, bearing an account number ending in **9668** ("the Fintech Fund account").

14. ANDRADE, who was the sole signatory for the Fintech Fund account, further transferred VICTIM ONE's funds, among others, to a bank account he held in his personal name at Woodforest National Bank, bearing an account number ending in **0910** ("the Woodforest ANDRADE account"). On April 11, 2018, ANDRADE purchased cashier's check for $226,150.90, payable to Nueces Title; and on May 10, 2018, ANDRADE purchased cashier's check for $730,538.89, payable to First American Title Company. Both checks were funded from the Woodforest ANDRADE account.

15. On May 10, 2018, ANDRADE and his wife purchased the RESIDENCE from a Texas homebuilding firm. ANDRADE paid over $747,000 for the home, primarily using the $730,538.89 cashier's check from Woodforest National Bank dated May 10, 2018. These funds are traceable to the proceeds of the cryptocurrency investment scheme described above, including the funds of VICTIM ONE.

16. To date, ANDRADE and the NAC have not made any meaningful progress towards developing AtenCoin, AML Bitcoin, or ABTC.

17. VICTIM ONE would not have invested in the cryptocurrency had they known the funds would be used to purchase the defendant property. ANDRADE used the proceeds of the scheme to defraud described above to purchase the defendant property.

**CLAIM FOR RELIEF**

18. The United States incorporates by reference the allegations in paragraphs 1 through 12 as though fully set forth herein.

19. Title 18, United States Code, Section 1343 prohibits a person from devising or intending to devise a scheme or artifice to defraud, or to obtain money or property, by means of wire, radio, or television communication in interstate or foreign commerce.

20. Title 18, United States Code, Section 1956(a)(1)(B)(i) prohibits a person from knowingly conducting or attempting to conduct a financial transaction involving the proceeds of a specified unlawful activity knowing that the transaction is designed, in whole or in part, to conceal or disguise the nature, location, source, ownership, or control of the proceeds of the specified unlawful activity.

21. Title 18, United States Code, Section 1956(c)(7) incorporates the crimes listed in Title 18, United States Code, Section 1961(1) as "specified unlawful activities." Wire fraud is one of the crimes listed in Title 18, United States Code, Section 1961(1), and is thus a specified unlawful activity.

22. Title 18, United States Code, Section 981(a)(1)(A) provides for the forfeiture of any property, real or personal, involved in a transaction or attempted transaction in violation of Title 18, United States Code, Sections 1956, 1957, and 1960, or any property traceable to such property.

23. Title 18, United States Code, Section 981(a)(1)(C) provides, in relevant part, for the forfeiture of any property, real or personal, which constitutes or derives from proceeds traceable to any offense constituting a specified unlawful activity.

24. In light of the foregoing, and considering the totality of the circumstances, there is probable cause to believe that the Defendant Property represents property both involved in wire fraud and money laundering, as well as the proceeds of wire fraud, in violation of Title 18, United States Code, Sections 1343 and 1956. The Defendant Property listed herein is thus subject to forfeiture under Title 18, United States Code, Sections 981(a)(1)(A), (a)(1)(C).

*****

WHEREFORE, plaintiff United States of America requests that due process issue to enforce the forfeiture of the above listed Defendant Property; that notice be given to all interested parties to appear and show cause why forfeiture should not be decreed; that judgment of forfeiture be entered; that the Court enter a judgment forfeiting the Defendant Property; and that the United States be awarded such other relief as may be proper and just.

DATED: March 16, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

CHRIS KALTSAS
LLOYD FARNHAM
ANDREW DAWSON
Assistant United States Attorneys

## **VERIFICATION**

I, Special Agent Bryan Wong, state as follows:

1.      I am a Special Agent with the Internal Revenue Service – Criminal Investigation. I am an agent assigned to this case. As such, I am familiar with the facts and the investigation leading to the filing of this Complaint for Forfeiture.

2.      I have read the Complaint and believe the allegations contained therein to be true.

\*   \*   \*   \*   \*

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6 day of March, 2020, in San Francisco, California.

_____
Bryan Wong
Special Agent
Internal Revenue Service – Criminal Investigation

COMPLAINT FOR CIVIL FORFEITURE                    7

JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Chris Kaltsas, Assistant U.S. Attorney, 450 Golden Gate Ave., Box 36055, San Francisco, CA 94102, Tel: 415-436-7200

## DEFENDANTS
One Parcel of Real Property Located at 9414 Plaza Point Drive, Missouri City, Texas, 77459

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1   U.S. Government Plaintiff
- [ ] 2   U.S. Government Defendant
- [ ] 3   Federal Question *(U.S. Government Not a Party)*
- [ ] 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☒ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1   Original Proceeding
- [ ] 2   Removed from State Court
- [ ] 3   Remanded from Appellate Court
- [ ] 4   Reinstated or Reopened
- [ ] 5   Transferred from Another District *(specify)*
- [ ] 6   Multidistrict Litigation - Transfer
- [ ] 8   Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 18, USC 981; Title 28, USC 1345 and 1355

Brief description of cause:
Property Constitutes or is Derived from Proceeds Traceable to a Violation

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE: 03/23/2020

SIGNATURE OF ATTORNEY OF RECORD
/S/ Chris Kaltsas

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____