DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRIS KALTSAS (NYBN 5460902)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    Email: chris.kaltsas2@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ONE PARCEL OF REAL ESTATE PROPERTY LOCATED AT 9414 PLAZA POINT DRIVE, MISSOURI CITY, TEXAS, 77459,<br><br>    Defendant. | CASE NO.: CV 20-02013 KAW<br><br>NOTICE OF FORFEITURE ACTION |

A civil complaint seeking forfeiture pursuant to 21 U.S.C. § 881(a)(6) was filed on March 23, 2020, in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the *in rem* defendant, One Parcel of Real Property located at 9414 Plaza Point Drive, Missouri City, Texas, 77459.

All persons asserting an interest in or claim against the defendant and who have received direct notice of the forfeiture action must file a verified claim with the Clerk of this Court pursuant to Rule

Notice of Forfeiture Action
CV 20-02013 KAW

1

G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, within thirty-five (35) days after the notice is sent; or if notice was published but direct notice was not sent to the claimant or the claimant's attorney, a claim must be filed no later than sixty (60) days after the first day of publication on an official internet government forfeiture website (www.forfeiture.gov); or within the time that the Court allows.  Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedures within 21 days after filing the claim.

An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.

Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 1301 Clay Street, 400S, Oakland, California 94612, and copies should be served on Chris Kaltsas, Assistant United States Attorney, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102.

Dated: March 30, 2020                                   Respectfully submitted,

DAVID L. ANDERSON
United States Attorney


*/S/ Chris Kaltsas*
CHRIS KALTSAS
Assistant United States Attorney

.