| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | CHRIS KALTSAS (NYBN 5460902)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7200 |
| 7 | Facsimile: (415) 436-7234<br>Email: chris.kaltsas2@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ONE PARCEL OF REAL ESTATE PROPERTY LOCATED AT 9414 PLAZA POINT DRIVE, MISSOURI CITY, TEXAS, 77459,<br><br>   Defendant. | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) | CASE NO. CV 20-02013 KAW<br><br>RECORDED NOTICE OF PENDENCY OF ACTION (LIS PENDENS) AS TO REAL PROPERTY AND IMPROVEMENTS LOCATED AT 9414 PLAZA POINT DRIVE, MISSOURI CITY, TEXAS, 77459 (APN R464607) |

The United States hereby submits the attached Recorded Notice of Lis Pendens as to Real Property and Improvements located at 9414 Plaza Point Drive, Missouri City, Texas, 77459. (APN R464607)

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

Dated: 04/02/2020

*/S/ Chris Kaltsas*
CHRIS KALTSAS
Assistant United States Attorney

RECORDED NOTICE OF LIS PENDENS
CV 20-02013 KAW

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Recorded Notice of Pendency of Action (Lis Pendens) as to Real Property and Improvements located at 9414 Plaza Point Drive, Missouri City, Texas, 77459 APN R464607

to be served this date via United States certified and first class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

| | |
|---|---|
| Rowland Andrade<br>9414 Plaza Point Drive<br>Missouri City, Texas, 77459 | Soimaz Andrade<br>9414 Plaza Point Drive<br>Missouri City, Texas, 77459 |
| Marcus Andrade<br>9414 Plaza Point Drive<br>Missouri City, Texas, 77459 | Recovco Mortgage Management, LLC dba Sprout Mortgage<br>4600 Fuller Drive, Suite 350<br>Irving, TX 75038 |
| Jerrell G. Clay<br>1600 Highway 6, Suite 400<br>Sugarland, TX 77478<br>(713) 705-4220 | Sienna Plantation Residential Association<br>9600 Scanlan Trace, Missouri City, TX 77459 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this _____ day of April, 2020, at San Francisco, California

_____
Hector Lopez
Supervisory Legal Administrative Specialist
United States Attorneys' Office

RECORDED NOTICE OF LIS PENDENS
CV 20-02013 KAW