DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRIS KALTSAS (NYBN 5460902)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    Email: chris.kaltsas2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ONE PARCEL OF REAL ESTATE PROPERTY LOCATED AT 9414 PLAZA POINT DRIVE, MISSOURI CITY, TEXAS, 77459, <br><br> Defendant. | CASE NO: CV 20-2013 KAW <br><br> CERTIFICATE OF SERVICE |

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Verified Complaint for Civil Forfeiture *in Rem*;
- Notice of Forfeiture Action;
- Recorded Notice of Lis Pendens;
- Consent to Magistrate Judge Jurisdiction;
- Initial Case Management Scheduling Order;
- Standing Order for Magistrate Judge Kandis A. Westmore;

CERTIFICATE OF SERVICE
CV 20-2013 KAW                       1

- Settlement Conference Standing Order for Magistrate Judge Kandis A. Westmore;
- Notice re: Telephonic Appearance Procedures for Magistrate Judge Kandis A. Westmore;
- U.S. Magistrate Judge Kandis A. Westmore Sample of Trial Exhibit Tags;
- Standing Order for All Judges of the Northern District of California;
- Notice of Assignment to a US Magistrate Judge for Trial;
- Dispute Resolution Procedures in the Northern District of California; and
- ECF Registration Information

to be served this date via United States Certified Mail and First Class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

Rowland Andrade
9414 Plaza Point Drive
Missouri City, Texas, 77459

Soimaz Andrade
9414 Plaza Point Drive
Missouri City, Texas, 77459

Marcus Andrade
9414 Plaza Point Drive
Missouri City, Texas, 77459

Recovco Mortgage Management, LLC dba Sprout Mortgage
4600 Fuller Drive, Suite 350
Irving, TX 75038

Jerrell G. Clay
1600 Highway 6, Suite 400
Sugarland, TX 77478

Sienna Plantation Residential Association
9600 Scanlan Trace,
Missouri City, TX 77459

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of April, 2020, at San Francisco, California

/S/ *Carolyn Jusay*
CAROLYN JUSAY
FSA Paralegal Asset Forfeiture Unit

CERTIFICATE OF SERVICE
CV 20-2013 KAW                        2