ROWLAND MARCUS ANDRADE
9414 Plaza Point Drive
Missouri City, Texas 77459   USA

In Pro Se

FILED

MAY 11 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 4:20-cv-2013-KAW |
|---|---|
| Plaintiff, | **VERIFIED CLAIM FOR SEIZED PROPERTY** |
| v. | Trial Date:      None Set |
| ONE PARCEL OF REAL PROPERTY LOCATED AT 9414 PLAZA POINT DRIVE, MISSOURI CITY, TEXAS 77459, | |
| Defendant. | |
| ROWLAND MARCUS ANDRADE, | |
| Claimant. | |

## VERIFIED CLAIM FOR SEIZED PROPERTY

Pursuant to Rule G(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, I, Rowland Marcus Andrade, hereby claim and demand the return and/or release of the Parcel of Real Estate Property Located at 9414 Plaza Point Drive, Missouri City, Texas, 77459 ("the Residence"), named as the Defendant in this case.

My interest in the Residence is that I am a lawful owner of the property, which I own jointly with my wife Soimaz Andrade. The Residence is my property pursuant to contract between me, my wife, and the previous owner of the property. Plaintiff admits that I and my wife are

Case No. 4:20-cv-2013-KAW

VERIFIED CLAIM FOR SEIZED PROPERTY

3161-1002 / 1611508.1

current owners of the Residence, and that we purchased the Residence from the previous owner on May 10, 2018. (Dkt. No. 1 at ¶¶ 7, 14). It is not contraband.

I hereby verify that the averments contained in the foregoing Claim are true and correct to the best of my knowledge, information and belief.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: May 4, 2020

Respectfully submitted,

By: _____
Rowland Marcus Andrade, In Pro Se

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 4th day of May, 2020, I filed the foregoing **VERIFIED CLAIM FOR SEIZED PROPERTY** with the Clerk of the Court by mailing three copies of said document to:

>Office of the Clerk
>United States District Court for the Northern District of California
>1301 Clay Street, 400S
>Oakland, California 94612

I also certify that the document was served via U.S. Mail on the Plaintiff's attorney by mailing the document to:

>Chris Kaltsas
>Assistant United States Attorney
>450 Golden Gate Avenue, 9th Floor
>San Francisco, California 94102

_____
Rowland Marcus Andrade

**Extremely Urgent**

This envelope is for use with the following services:
- UPS Next Day Air®
- UPS Worldwide Express℠
- UPS 2nd Day Air®

Apply shipping documents on this side.

Do not use this envelope for:
- UPS Ground
- UPS Standard
- UPS 3 Day Select®
- UPS Expedited®

Visit **theupsstore.com** to find a location near you.

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments containing sensitive personal information or breakable items or cash equivalent.

```
ROWLANDMARCUS ANDRADE              0.2 LBS LTR 1 OF 1
(832) 266-8503                     SHP WT: LTR
THE UPS STORE #2567                DATE: 05 MAY 2020
STE B
5233 BELLAIRE BLVD
BELLAIRE  TX 77401-3901

SHIP  UNITED STATES DISTRICT COURT
 TO   CLERKS OFFICE
      STE 400S
      1301 CLAY ST

      OAKLAND  CA 94612-5212
```

CA 946 9-03

UPS NEXT DAY AIR SAVER    1P
TRACKING #: 1Z W14 51V 13 1319 4319

BILLING: P/P

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for customs purposes. If exported from the United States, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.


U.S. MARSHALS SERVICE INSPECTED

Serving you for more than 100 years
United Parcel Service.