







FedEx Express

TRK# 3928 5576 8345 0201 STANDARD OVERNIGHT

FRI - 15 MAY 3:00P

XH JEMA

94612 CA-US OAK

TO CLERKS OFFICE
UNITED STATES DISTRICT COURT
1301 CLAY ST
STE 400 SOUTH
OAKLAND CA 94612
(000) 000 - 0000
REF:
INV:
DEPT:

BILL CREDIT CARD

ORIGIN ID:SGRA (361) 244-0156
ROWLAND MARCUS ANDRADE
9414 PLAZA POINT DR
MISSOURI CITY, TX 77459
UNITED STATES US

SHIP DATE: 14MAY20
ACTWGT: 0.15 LB
CAD: 6991394/SSF02110

Part # 158297-435 RADB EXP 12/20

INSPECTED BY
MAY 1_
U.S. MARSHALS SERVICE

RT 418  1  15:00  A  8345  05.15  FZ