

FedEx Express

Extremely Urgent

**For FedEx Express® Shipments Only**

Contents should be comp[...]tainer and packed s[...]
For shipping terms and co[...]mits of liability, ref[...]
applicable FedEx Express [...]ent, the current FedEx [...]
Guide, or conditions of c[...]

For more information o[...] services, solutions, and s[...]
locations, go to fedex[...] your nearest FedEx loca[...]

© 2018 FedEx 155475/155476 H[...]

See how FedEx connects [...]esourcefu[...] this Fed[...]
environment.fedex.c[...]



[Yellow tag: RT 418 FZ 1 15:00 A 0439 05.15]
[Yellow tag: RT 418 FZ 419 1 15:00 A 0439 05.18]

---

FedEx Express E

TRK# 3928 5619 0439 0201
FRI - 15 MAY 3:00P
STANDARD OVERNIGHT

XH JEMA
94612  CA-US
    OAK

REF:
DEPT:          PO:
               INV:
(000) 000-0000

OAKLAND CA 94612
STE 400 SOUTH
1301 CLAY ST
UNITED STATES DISTRICT COURT
TO CLERKS OFFICE

SHIP DATE: 14MAY20
ACTWGT: 0.15 LB
CAD: 6991394/SSF02110

BILL CREDIT CARD

(000) 000-0000
9414 PLAZA POINT DR
SOLMAZ ANDRADE
ORIGIN ID:SGRA
MISSOURI CITY, TX 77459
UNITED STATES US

Part # 158297-430 HRDB EXP 12/20

Insert shipping document here.



ORIGIN ID:SGRA  (000) 000-0000
SOLMAZ ANDRADE
9414 PLAZA POINT DR
MISSOURI CITY, TX 77459
UNITED STATES US

SHIP DATE: 14MAY20
ACTWGT: 0.15 LB
CAD: 6991394/SSF02110

BILL CREDIT CARD

TO  CLERKS OFFICE
UNITED STATES DISTRICT COURT
1301 CLAY ST
STE 400 SOUTH
OAKLAND CA 94612
(000) 000-0000        REF:
INV:
PO:                   DEPT:

FedEx Express



TRK# 3928 5619 0439
0201

FRI - 15 MAY 3:00P
STANDARD OVERNIGHT

XH JEMA                94612
                 CA-US  OAK




INSPECTED BY
MAY 18 2020
US MARSHALS SERVICE

RECEIVED
MAY 18 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
NORTH OAKLAND OFFICE