To reuse, cover or mark through any previous shipping information.

```
ORIGIN ID:SGRA   (000) 000-0000      SHIP DATE: 16MAY20
SOLMAZ ANDRADE                        ACTWGT: 0.45 LB
                                      CAD: 6991394/SSF02110
9414 PLAZA POINT DR
MISSOURI CITY, TX 77459               BILL THIRD PARTY
UNITED STATES US

TO  CLERK'S OFFICE
    UNITED STATES DISTRICT COURT
    1301 CLAY ST., STE. 400 SOUTH

    OAKLAND CA 94612
(000) 000-0000       REF:
INV:
PO:                  DEPT:
```



TRK# 3929 1697 9906   MON - 18 MAY 3:00P
0201                  STANDARD OVERNIGHT

XH JEMA              94612
CA-US                OAK



Align bottom of peel-and-stick airbill or pouch here.



AMA JEMX
94612
CA-US
OAK

TRK# 3929 1697 9906 0201
MON - 18 MAY 3:00P
STANDARD OVERNIGHT

OAKLAND CA 94612

TO CLERK'S OFFICE
UNITED STATES DISTRICT COURT
1301 CLAY ST., STE. 400 SOUTH

BILL THIRD PARTY
9414 PLAZA POINT DR
MISSOURI CITY, TX 77459
UNITED STATES US

SHIP DATE: 18MAY20
ACTWGT: 0.45 LB
CAD: 6991394/SSF02110

ORIGIN ID:SGRA
SOLMAZ ANDRADE

INSPECTED BY
US MARSHAL'S SERVICE
MAY 18 2020

Extremely Urgent

FedEx Express

For FedEx Express® Shipments Only

Contents should be compatible with the container and packed securely. For shipping terms and conditions and our limits of liability, refer to the applicable FedEx Express shipping document, the current FedEx Service Guide, or conditions of carriage.

For more information on FedEx Express services, solutions, and shipping locations, go to **fedex.com**, or contact your nearest FedEx location.

© 2018 FedEx 158011 REV 3/18

See how FedEx connects the world in responsible and resourceful ways at **environment.fedex.com**. Join our efforts by recycling this FedEx envelope.

**IMPORTANT FOR FIRST USE:**
1. Peel away only the top adhesive strip.
2. Fold entire flap to cover outline below.

Reuse this envelope if it is in good condition

Pull to open.