

XH JEMA

OAK
CA-US
94612

TRK#
0201
3929 1681 4343

MON - 18 MAY 3:00P
STANDARD OVERNIGHT

OAKLAND CA 94612

(000) 000-0000

TO
CLERK'S OFFICE
UNITED STATES DISTRICT COURT
1301 CLAY ST., STE. 400 SOUTH

BILL THIRD PARTY
7324 SOUTHWEST FWY STE 600
HOUSTON, TX 77074
UNITED STATES US

ORIGIN ID:SSBA (361) 244-0156
ROLAND MONROE

ACTWGT: 0.45 LB
CAD: 6991394/SSF02110

SHIP DATE: 18MAY20

U.S MARSHALS SERVICE

INSPECTED BY

Extremely Urgent

**For FedEx Express® Shipments Only**

Contents should be compatible with the container and packed securely.
For shipping terms and conditions and our limits of liability, refer to the
applicable FedEx Express shipping document, the current FedEx Service
Guide, or conditions of carriage.

For more information on FedEx Express services, solutions, and shipping
locations, go to **fedex.com**, or contact your nearest FedEx location.



© 2018 FedEx 158011 REV 3/18

See how FedEx connects the world in responsible and resourceful ways at
**environment.fedex.com**. Join our efforts by recycling this FedEx envelope.

**FedEx**
Express®

Do not ship liquids, blood, or clinical specimens in this packaging.

**Reuse this envelope if it is in good condition.**

Pull to open.

2. Fold entire flap to cover outline below.

TO EXPOSE ADHESIVE REMOVE LINER

**FedEx** Express

RECEIVED

MAY 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

418   1   15:00   A
419    4343
   05.18

Reusable Envelope



To reuse, cover or mark through any previous shipping information.

ORIGIN ID:SGRA   (361) 244-0156
ROLAND ANDRADE
7324 SOUTHWEST FWY STE 600
HOUSTON, TX 77074
UNITED STATES US

SHIP DATE: 16MAY20
ACTWGT: 0.45 LB
CAD: 6981394/SSF02110

BILL THIRD PARTY

TO   **CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**1301 CLAY ST., STE. 400 SOUTH**

**OAKLAND CA 94612**

(000) 000-0000   REF:
INV:
PO:
    DEPT:

**FedEx**
Express

E

TRK#   3929 1681 4343
0201

MON – 18 MAY 3:00P
**STANDARD OVERNIGHT**

**XH JEMA**

94612
OAK

CA-US

Align bottom of peel-and-stick airbill or pouch here.