1  Name: Rowland Marcus Andrade
2  Address: 9414 Plaza Point Drive
   Missouri City, Texas 77459
3  Phone Number: 361-244-0156
4  E-mail Address: DOJReform@protonmail.com
5  *Pro Se*

FILED
MAY 18 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States of America

)  Case Number: 4:20-cv-02013
)
)  **MOTION FOR PERMISSION FOR**
Plaintiff,  )  **ELECTRONIC CASE FILING**
)
vs.  )
One Parcel of Real Property Located at  )  Judge Kandis A. Westmore
9414 Plaza Point Drive, Missouri City,  )
Texas 77459  )
)
Defendant.  )

As the (*Plaintiff/Defendant*) Claimant _____ in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

   ✓ A computer with internet access;
   ✓ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   ✓ A scanner to convert documents that are only in paper format into electronic files;
   ✓ A printer or copier to create required paper copies such as chambers copies;
   ✓ A word-processing program to create documents; and
   ✓ A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 5-13-2020        Signature: _____

Name: Rowland Marcus Andrade
Address: 9414 Plaza Point Drive
Missouri City, Texas 77459
Phone Number: 361-244-0156
E-mail Address: DOJReform@protonmail.com

*Pro Se*

RECEIVED
MAY 18 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case Number: 4:20-cv-02013 |
|---|---|
| Plaintiff, | ) **[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING** |
| vs. | ) DATE: |
| One Parcel of Real Property Located at 9414 Plaza Point Drive, Missouri City, Texas 77459 | ) TIME: |
|  | ) COURTROOM: |
|  | ) JUDGE: |
| Defendant. | ) |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____       _____
                                                United States District/Magistrate Judge