

**Extremely Urgent**

For FedEx Express Only

Contents should be ... container ...
For shipping terms and ... limits of lia...
applicable FedEx Express ..., the cu...
Guide, or condition...

For more inf... Express services, solu...
locations, go ... r contact your nearest ...

© 2018 FedEx 1554...

See how FedEx ... the world in responsible an...
environment.fedex.com. Join our efforts by recy...



```
ORIGIN ID:SGRA  (361) 244-0156        SHIP DATE: 14MAY20
ROWLAND MARCUS ANDRADE                 ACTWGT: 0.05 LB
9414 PLAZA POINT DR                    CAD: 6991394/SSF02110

MISSOURI CITY, TX 77459                BILL CREDIT CARD
UNITED STATES US

TO  CLERKS OFFICE
    UNITED STATES DISTRICT COURT
    1301 CLAY ST.
    STE 400 SOUTH
    OAKLAND CA 94612
    (000) 000-0000            REF:
    INV:
    PO:                       DEPT:
```



FedEx Express

E

TRK# 3928 5550 6400    FRI - 15 MAY 3:00P
0201                   STANDARD OVERNIGHT

XH JEMA                94612
              CA-US   OAK

FedEx Express

FedEx Express

TRK# 3928 5550 6400 0201
STANDARD OVERNIGHT
FRI - 15 MAY 3:00P

XH JEMA
94612
CA-US  OAK

TO CLERKS OFFICE
UNITED STATES DISTRICT COURT
1301 CLAY ST.
STE 400 SOUTH
OAKLAND CA 94612

REF:
INV:
PO:
DEPT:

ROWLAND MARCUS ANDRADE
9414 PLAZA POINT DR
MISSOURI CITY, TX 77459
UNITED STATES US
BILL CREDIT CARD
ORIGIN ID: SGRA  (361) 244-0156
SHIP DATE: 14MAY20
ACTWGT: 0.05 LB
CAD: 6991394/SSF02110

Part #158297-435 RRDB EXP 12/20

INSPECTED
U.S. MARSHALS SERVICE

RECEIVED
MAY 18
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Align top of FedEx Express® shipping label here.