# **Exhibit C**

ROWLAND MARCUS ANDRADE
9414 Plaza Point Drive
Missouri City, Texas 77459   USA

In Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE PARCEL OF REAL PROPERTY LOCATED AT 9414 PLAZA POINT DRIVE, MISSOURI CITY, TEXAS 77459,<br><br>Defendant. | Case No. 3:20-cv-2013-VC<br><br>**[PROPOSED] ORDER GRANTING MOTION OF ROWLAND MARCUS ANDRADE TO SHORTEN TIME UNDER L.R. 6-3 FOR CASE MANAGEMENT CONFERENCE OR TO ENTER CASE MANAGEMENT ORDER UNDER L.R. 16-7**<br><br>Trial Date:         None Set |
| ROWLAND MARCUS ANDRADE,<br><br>Claimant. | |
| SOLMAZ ANDRADE,<br><br>Claimant. | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB as trustee for IRP FUND II TRUST 2A,<br><br>Claimant. | |

1  Considering the papers and arguments, and finding good cause, Claimant Rowland Marcus Andrade's Motion to shorten time under L.R. 6-3 for the case management conference or to enter a case management order under L.R. 16-7 is GRANTED as follows:

The Court hereby strikes the initial case management conference currently scheduled for June 24, 2020, and enters a case management order adopting the following schedule:

| **Event** | **Date** |
|---|---|
| Start of discovery | Immediately |
| Initial disclosures | Not applicable |
| Last day to amend pleadings | July 31, 2020 |
| Discovery cutoff | November 20, 2020 |
| Dispositive motion hearing | January 21, 2021 |
| Pretrial conference | March 22, 2021 |
| Start of trial | April 5, 2021 |

OR,

The Court hereby strikes the initial case management conference currently scheduled for June 24, 2020, and reschedules it for _____ __, 2020. The Case Management Statement is due by _____ __, 2020.

IT IS SO ORDERED.

Dated:

UNITED STATES DISTRICT JUDGE