1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  CHRIS KALTSAS (NYBN 5460902)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       Facsimile: (415) 436-7234
        Email:  chris.kaltsas2@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 20-02013 VC |
| Plaintiff, | ADMINISTRATIVE MOTION OF THE UNITED STATES TO FILE UNDER SEAL *EX PARTE* EVIDENCE IN SUPPORT OF MOTION TO EXTEND STAY |
| v. | |
| ONE PARCEL OF REAL PROPERTY LOCATED AT 9414 PLAZA POINT DRIVE, MISSOURI CITY, TEXAS, 77459, | |
| Defendant, | |
| ROWLAND MARCUS ANDRADE, | |
| Claimant, | |
| SOLMAZ ANDRADE, | |
| Claimant, and | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB as trustee for IRP FUND II TRUST 2A, | |
| Claimant. | |

Pursuant to Civil Local Rules 7-11 and 79-5(b), the United States requests that the Court

authorize, pursuant to 18 U.S.C. § 981(g)(5), the filing of *ex parte* evidence under seal. This motion is supported by the Public Declaration of Chris Kaltsas, filed herewith.

Dated: 05/28/2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/S/ Chris Kaltsas*
CHRIS KALTSAS
Assistant United States Attorney