1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  CHRIS KALTSAS (NYBN 5460902)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       Facsimile: (415) 436-7234
        Email:  chris.kaltsas2@usdoj.gov
8
   Attorneys for United States of America
9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,                )   CIVIL CASE NO. 20-02013 VC
                                            )
14        Plaintiff,                        )
                                            )   [PROPOSED]
15   v.                                     )   ORDER SEALING *EX PARTE*
                                            )   EVIDENCE IN SUPPORT OF MOTION
16 ONE PARCEL OF REAL PROPERTY              )   TO EXTEND STAY
17 LOCATED AT 9414 PLAZA POINT DRIVE,       )
   MISSOURI CITY, TEXAS, 77459,             )
18                                          )
          Defendant,                        )
19                                          )
   ROWLAND MARCUS ANDRADE,                  )
20                                          )
21        Claimant,                         )
                                            )
22 SOLMAZ ANDRADE,                          )
                                            )
23        Claimant, and                     )
                                            )
24                                          )
   WILMINGTON SAVINGS FUND SOCIETY,         )
25 FSB as trustee for IRP FUND II TRUST 2A, )
                                            )
26        Claimant.                         )
                                            )
27

28        The United States has applied to this Court for an Order sealing *ex parte* evidence.

UPON CONSIDERATION of that application and the entire record, and for good cause shown, it is hereby:

ORDERED that the *Ex Parte* Declaration, and all attachments thereto, shall be filed under seal of this Court pursuant to 18 U.S.C. §981(g)(5), and shall not be disclosed to any person until further order of the Court.

Date:

                                              _____
HON. VINCENT CHHABRIA
United States District Judge