1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2

3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division

4  CHRIS KALTSAS (NYBN 5460902)
   Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495

7      Telephone: (415) 436-7200
       Facsimile: (415) 436-7234
       Email:  chris.kaltsas2@usdoj.gov

8

   Attorneys for United States of America

9

10                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

11

                       SAN FRANCISCO DIVISION

12

   UNITED STATES OF AMERICA,            )
13                                       )        CIVIL CASE NO. 20-02013 VC
           Plaintiff,                    )
14                                       )        ADMINISTRATIVE  MOTION OF THE
                                         )        UNITED STATES TO FILE UNDER SEAL *EX*
15    v.                                 )        *PARTE* EVIDENCE IN SUPPORT OF
                                         )        MOTION TO EXTEND STAY
16 ONE    PARCEL   OF   REAL   PROPERTY)
   LOCATED AT 9414 PLAZA POINT DRIVE,)
17 MISSOURI CITY, TEXAS, 77459,          )
                                         )
18         Defendant,                    )
                                         )
19 ROWLAND MARCUS ANDRADE,               )
                                         )
20         Claimant,                     )
                                         )
21 SOLMAZ ANDRADE,                       )
                                         )
22         Claimant, and                 )
                                         )
23                                       )
   WILMINGTON SAVINGS FUND SOCIETY,    )
24 FSB as trustee for IRP FUND II TRUST 2A,)
                                         )
25         Claimant.                     )
                                         )
26 _____)

27

28         Pursuant to Civil Local Rules 7-11 and 79-5(b), the United States requests that the Court

1    authorize, pursuant to 18 U.S.C. § 981(g)(5), the filing of *ex parte* evidence under seal. This motion is

2    supported by the Public Declaration of Chris Kaltsas, filed herewith.

3

4                                                    Respectfully submitted,

5                                                    DAVID L. ANDERSON
                                                     United States Attorney

6    Dated: 05/28/2020

7                                                    */S/ Chris Kaltsas*
                                                     CHRIS KALTSAS

8                                                    Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28