1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  CHRIS KALTSAS (NYBN 5460902)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       Facsimile: (415) 436-7234
        Email:  chris.kaltsas2@usdoj.gov

8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,              )        CIVIL CASE NO. 20-02013 VC
                                           )
14         Plaintiff,                      )        PUBLIC DECLARATION OF
                                           )        CHRIS KALTSAS IN SUPPORT OF
15     v.                                  )        ADMINISTRATIVE MOTION OF THE
                                           )        UNITED STATES TO FILE UNDER
16                                         )        SEAL *EX PARTE* EVIDENCE IN
    ONE   PARCEL   OF   REAL   PROPERTY)            SUPPORT OF MOTION TO EXTEND STAY
17  LOCATED AT 9414 PLAZA POINT DRIVE,)
    MISSOURI CITY, TEXAS, 77459,           )
18                                         )
           Defendant,                      )
19                                         )
    ROWLAND MARCUS ANDRADE,                )
20                                         )
           Claimant,                       )
21                                         )
    SOLMAZ ANDRADE,                        )
22                                         )
           Claimant, and                   )
23                                         )
                                           )
24  WILMINGTON SAVINGS FUND SOCIETY,       )
    FSB as trustee for IRP FUND II TRUST 2A,)
25                                         )
                                           )
26         Claimant.                       )
                                           )
27  _____)

28

1     I, Chris Kaltsas, Assistant United States Attorney for the Northern District of California, state as

2    follows:

3         1.    I am the AUSA assigned to the above entitled civil forfeiture action. I make this

4    declaration in support of the United States Administrative Motion to File Under Seal *Ex Parte* Evidence

5    in the above-entitled action.

6         2.    The *ex parte* evidence which the United States seeks to submit under seal contains

7    information, which if disclosed, could adversely affect ongoing criminal investigations and/or pending

8    criminal trials.

9         3.    This motion is based upon 18 U.S.C. § 981(g)(5) which provides that in requesting a stay

10   the united States may "submit evidence ex parte in order to avoid disclosing any matter that may

11   adversely affect an ongoing criminal investigation or pending criminal trial."

12        4.    The purpose of the *in camera*, *ex parte* evidence is to explain to the Court why the instant

13   civil forfeiture action should be stayed under 18 U.S.C. § 981(g).

14        I declare under penalty of perjury that the foregoing is true and correct.

15

16   Date:

17                                                    */S/ Chris Kaltsas*
                                                      CHRIS KALTSAS
18                                                    Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28