1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  CHRIS KALTSAS (NYBN 5460902)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      Facsimile: (415) 436-7234
       Email: chris.kaltsas2@usdoj.gov

8
   Attorneys for United States of America

9
                        UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,              )        CIVIL CASE NO. 20-02013 VC
                                           )
14          Plaintiff,                     )
                                           )              [PROPOSED]
15      v.                                 )        ORDER SEALING *EX PARTE*
                                           )     EVIDENCE IN SUPPORT OF MOTION
16  ONE    PARCEL   OF   REAL   PROPERTY)              TO EXTEND STAY
17  LOCATED AT 9414 PLAZA POINT DRIVE,)
    MISSOURI CITY, TEXAS, 77459,           )
18                                         )
            Defendant,                     )
19                                         )
    ROWLAND MARCUS ANDRADE,                )
20                                         )
            Claimant,                      )
21                                         )
    SOLMAZ ANDRADE,                        )
22                                         )
            Claimant, and                  )
23                                         )
                                           )
24  WILMINGTON SAVINGS FUND SOCIETY,       )
25  FSB as trustee for IRP FUND II TRUST 2A, )
                                           )
26          Claimant.                      )
                                           )
27  _____)

28          The United States has applied to this Court for an Order sealing *ex parte* evidence.

1    UPON CONSIDERATION of that application and the entire record, and for good cause shown,

2  it is hereby:

3    ORDERED that the *Ex Parte* Declaration, and all attachments thereto, shall be filed under seal of

4  this Court pursuant to 18 U.S.C. §981(g)(5), and shall not be disclosed to any person until further order

5  of the Court.

6  Date:

7
                                    _____
8                                    HON. VINCENT CHHABRIA
                                     United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28