Name: Rowland Marcus Andrade
Address: 9414 Plaza Point Drive
Missouri City, Texas 77459
Phone Number: 361-244-0156
E-mail Address: DOJReform@protonmail.com
Pro Se

**RECEIVED**
MAY 18 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States of America,

    Plaintiff,

vs.

One Parcel of Real Property Located at 9414 Plaza Point Drive, Missouri City, Texas 77459

    Defendant.

Case Number: 4:20-cv-02013

[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

DATE:
TIME:
COURTROOM:
JUDGE:

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: June 1, 2020

_____
United States District/Magistrate Judge