ROWLAND MARCUS ANDRADE
9414 Plaza Point Drive
Missouri City, Texas 77459   USA

In Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>ONE PARCEL OF REAL PROPERTY LOCATED AT 9414 PLAZA POINT DRIVE, MISSOURI CITY, TEXAS 77459,<br><br>         Defendant. | Case No. 3:20-cv-2013-VC<br><br>**DECLARATION OF ROWLAND MARCUS ANDRADE IN OPPOSITION TO THE UNITED STATES' MOTION TO FILE UNDER SEAL**<br><br>Trial Date:        None Set |
| ROWLAND MARCUS ANDRADE,<br><br>         Claimant. | |
| SOLMAZ ANDRADE,<br><br>         Claimant. | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB as trustee for IRP FUND II TRUST 2A,<br><br>         Claimant. | |

I, Rowland Marcus Andrade, declare as follows:

1. I am a Claimant in this case and the owner, jointly with my wife Solmaz Andrade, of the Defendant Parcel of Real Property Located at 9414 Plaza Point Drive, Missouri City, Texas 77459. I am personally familiar with the facts stated below and, if called as a witness, could testify competently thereto.

2. On September 13, 2018, the United Stated District Court for the District of Nevada issued a search and seizure warrant to search the Las Vegas, Nevada office of my company, the NAC Foundation, and seize essentially all of my business's electronic and hard copy files, binders, and bank receipts. A true and correct copy of that search and seizure warrant is attached hereto as Exhibit 1.

3. The United States has also issued a warrant to seize all funds in several bank accounts held in my name or the names of businesses in which I have an interest, including accounts in the name of NAC Payroll Services, Inc., the Fintech Fund Family Limited Partnership, and the ABTC Corporation. The amount of funds to be seized pursuant to this warrant total about $6.7 million. A government agent served this page on me purporting to be the attachment to a search warrant, without providing a copy of the underlying search warrant. A true and correct copy of the purported attachment to the seizure warrant listing those bank accounts is attached hereto as Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of June, 2020, at Houston, Texas.

_____
Rowland Marcus Andrade