# EXHIBIT 2

## Attachment A

to AO 108 Application for a Warrant to Seize Property Subject to Forfeiture

a. All funds, up to $3,397,609.00, maintained at Wells Fargo in a bank account bearing account number ███████55, held in the name of NAC Payroll Services, Inc., ("the NAC Payroll account");

b. All funds, up to $1,590,000.00, maintained at Wells Fargo in a bank account bearing account number 9177109668, held in the name of Fintech Fund Family Limited Partnership ("Fintech Fund") ("the Fintech Fund account");

c. All funds, up to $1,040,000.00, maintained at Woodforest National Bank in a bank account bearing account number 1328360910, held in the name of Rowland Marcus Andrade ("ANDRADE") ("the Woodforest ANDRADE account");

d. All funds, up to $195,000.00, maintained at Capital One bank in a bank account bearing account number ███████839, held in the name of ANDRADE ("the Capital One ANDRADE account");

e. All funds, up to $138,786.26, maintained at JP Morgan Chase in a bank account bearing account number ██████6915, held in the name of ANDRADE ("the Chase ANDRADE account");

f. All funds, up to $100,00.00, maintained at JP Morgan Chase in a bank account bearing account number ██████9087, held in the name of ABTC Corporation ("the Chase ABTC account"); and

g. All funds, up to $320,000.00, maintained at Bank of America in a bank account bearing account number ████████295, held in the name of ABTC Corporation ("the BoA ABTC account").