**1** ROWLAND MARCUS ANDRADE
**2** 9414 Plaza Point Drive
Missouri City, Texas 77459   USA
**3**
In Pro Se
**4**

**5**
UNITED STATES DISTRICT COURT
**6**
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
**7**

**8**

| | |
|---|---|
| **9** UNITED STATES OF AMERICA, | Case No. 3:20-cv-2013-VC |
| **10** Plaintiff, | **[PROPOSED] ORDER DENYING THE UNITED STATES' MOTION TO FILE UNDER SEAL *EX PARTE* EVIDENCE IN SUPPORT OF MOTION TO STAY** |
| **11** v. | |
| **12** ONE PARCEL OF REAL PROPERTY LOCATED AT 9414 PLAZA POINT DRIVE, MISSOURI CITY, TEXAS 77459, | Trial Date:   None Set |
| **13** Defendant. | |
| **14** | |
| **15** ROWLAND MARCUS ANDRADE, | |
| **16** Claimant. | |
| **17** | |
| **18** SOLMAZ ANDRADE, | |
| **19** Claimant. | |
| **20** WILMINGTON SAVINGS FUND SOCIETY, FSB as trustee for IRP FUND II TRUST 2A, | |
| **21** | |
| **22** Claimant. | |

**23**
**24**
**25**
**26**
**27**
**28**

Case No. 3:20-cv02013-VC

DOJ REFORM    [PROPOSED] ORDER DENYING ADMINISTRATIVE ORDER TO FILE UNDER SEAL

1 | The United States has applied to this Court for an Order sealing *ex parte* evidence.

2 | UPON CONSIDERATION of that application and the entire record, it is hereby:

3 | ORDERED that the United States' Administrative Motion to File Under Seal *Ex Parte* Evidence in Support of its Motion to Stay (Dkt. No. 26) is DENIED, and that any evidence the United States intends to file in support of its Motion to Stay must be filed publicly.

Dated:

HON. VINCENT CHHABRIA
UNITED STATES DISTRICT JUDGE