```
DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRIS KALTSAS (NYBN 5460902)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7200
     Facsimile: (415) 436-7234
     Email:  chris.kaltsas2@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>ONE PARCEL OF REAL ESTATE PROPERTY LOCATED AT 9414 PLAZA POINT DRIVE, MISSOURI CITY, TEXAS, 77459,<br>　　　Defendant. | CASE NO.  CV 20-02013 KAW<br><br>NOTICE OF POSTING OF NOTICE OF LIS PENDENS |

　　　I, ___MICHAEL J HARRIMAN___, a Special Agent with the Internal Revenue Service, hereby states as follows:

　　　On the __3rd _ day of ___April_____, 2020, I posted a copy of Notice of Pendency of Action (Lis Pendens) with the attached Verified Complaint for Civil Forfeiture to Real Property and Improvements located at 9414 Plaza Point Drive, Missouri City, Texas, 77459, (APN R464607).

NOTICE OF POSTING OF LIS PENDENS
CV 20-02013 KAW　　　　　　　　　　　　　　　1

1  I declare under the penalty of perjury that the foregoing is true and correct to the best of my
2 knowledge.
3  Executed this _3rd__ day of ___April____, 2020 at __3:30 pm Houston, Texas.

MICHAEL J HARRIMAN

IRS CI Special Agent

NOTICE OF POSTING OF LIS PENDENS
CV 20-02013 KAW                                                    2