# **<u>Exhibit A</u>**