# **Exhibit B**



**Houston Police Department**

Incident No.: 000231200
Title: INVESTIGATION CRIMINAL MISCHIEF
Address: 1304 SOUTHWEST Fwy
Date: 5.7.20
Officer's Name: D. Perez
Unit No.: 1SESSE
Crime Prevention: www.houstonpolice.org
Report Gang Tips: www.stophoustongangs.org