**<u>Exhibit D</u>**



| | DOLLARS | CENTS |
|---|---|---|

**1004**
DATE 2-1-18
PAY TO Willow Champions
Bldg
FOR Rent
AMOUNT THIS CHECK — 2300⁰⁰
BALANCE BROUGHT FORWARD
DEPOSIT
DEPOSIT
TOTAL
BALANCE
OTHER DEDUCTIONS
BALANCE FORWARD
☐ ✔ TAX DEDUCTIBLE

| | DOLLARS |
|---|---|

DATE 1/22/18
PAY TO Tejas Office
Supplies
FOR
AMOUNT THIS CHECK — 156.
BALANCE BROUGHT FORWARD
DEPOSIT
DEPOSIT
TOTAL
BALANCE
OTHER DEDUCTIONS
BALANCE FORWARD
☐ ✔ TAX DEDUCTIBLE

**1005**
DATE 2-6-18
PAY TO RANDY L. WOOTEN
FOR
AMOUNT THIS CHECK — 5000.00
BALANCE BROUGHT FORWARD
DEPOSIT
DEPOSIT
TOTAL
BALANCE
OTHER DEDUCTIONS
BALANCE FORWARD
☐ ✔ TAX DEDUCTIBLE

**1002**
DATE 1/22/18
PAY TO AT&T
FOR
AMOUNT THIS CHECK — 106
BALANCE BROUGHT FORWARD
DEPOSIT
DEPOSIT
TOTAL
BALANCE
OTHER DEDUCTIONS
BALANCE FORWARD
☐ ✔ TAX DEDUCTIBLE

**1006**
DATE 2.6.18
PAY TO Dylan Pugliese
FOR BONUS From Marcus
AMOUNT THIS CHECK — 1,000⁰⁰
BALANCE BROUGHT FORWARD
DEPOSIT
DEPOSIT
TOTAL
BALANCE
OTHER DEDUCTIONS
BALANCE FORWARD
☐ ✔ TAX DEDUCTIBLE

**1003**
DATE 1-26-18
PAY TO Dylan Pugliese
FOR 1/15/18 — 1/26/18
1095 Wages
3748 Headset
1032.88
AMOUNT THIS CHECK — 1,032
BALANCE BROUGHT FORWARD
DEPOSIT
DEPOSIT
TOTAL
BALANCE
OTHER DEDUCTIONS
BALANCE FORWARD
☐ ✔ TAX DEDUCTIBLE

**1007**
2-7-18
Tejas Office
Supplies
BALANCE BROUGHT FORWARD | DEPOSIT | DEPOSIT | TOTAL | AMOUNT THIS CHECK | BALANCE | OTHER DEDUCTIONS | BALANCE FORWARD
DEDUCTIBLE

**1008**
2-15-18
RANDY L
WOOTEN P.C.
BALANCE BROUGHT FORWARD | DEPOSIT | DEPOSIT | TOTAL | AMOUNT THIS CHECK | BALANCE | OTHER DEDUCTIONS | BALANCE FORWARD
DEDUCTIBLE

**1009**
2-15-18
Thompson +
LIGHT
BALANCE BROUGHT FORWARD | DEPOSIT | DEPOSIT | TOTAL | AMOUNT THIS CHECK | BALANCE | OTHER DEDUCTIONS | BALANCE FORWARD
DEDUCTIBLE



| | DOLLARS | CENTS |
|---|---|---|
| 1010 | BALANCE FORWARD | |
| DATE  2.16.18 | DEPOSIT | |
| PAY TO  Dylan Pugliese | DEPOSIT | |
| FOR  1/29/18 — 2/9/18 | TOTAL | |
| 69 hrs × 15⁰⁰ | AMOUNT THIS CHECK  1,035 00 | |
| | BALANCE | |
| | OTHER DEDUCTIONS | |
| ☐ ✔TAX DEDUCTIBLE | BALANCE FORWARD | |

| | DOLLARS | CENTS |
|---|---|---|
| 1013 | BALANCE BROUGHT FORWARD | |
| DATE  2-26-18 | DEPOSIT | |
| PAY TO  TEJAS OFFICE | DEPOSIT | |
| Supplies | | |
| FOR | TOTAL | |
| | AMOUNT THIS CHECK  272. | |
| | BALANCE | |
| | OTHER DEDUCTIONS | |
| ☐ ✔TAX DEDUCTIBLE | BALANCE FORWARD | |

| 62112 | | |
|---|---|---|
| 1011 | BALANCE BROUGHT FORWARD | |
| DATE  2-14-18 | DEPOSIT | |
| PAY TO  AT+T | DEPOSIT | |
| FOR | TOTAL | |
| | AMOUNT THIS CHECK  97 23 | |
| | BALANCE | |
| | OTHER DEDUCTIONS | |
| ☐ ✔TAX DEDUCTIBLE | BALANCE FORWARD | |

| 62112 | | |
|---|---|---|
| 1014 | BALANCE BROUGHT FORWARD | |
| DATE  3-1-18 | DEPOSIT | |
| PAY TO  Willow Champions | DEPOSIT | |
| Bldg | | |
| FOR  RENT | TOTAL | |
| | AMOUNT THIS CHECK  2,300 | |
| | BALANCE | |
| | OTHER DEDUCTIONS | |
| ☐ ✔TAX DEDUCTIBLE | BALANCE FORWARD | |

| 1012 | BALANCE BROUGHT FORWARD | |
|---|---|---|
| DATE  2-23.18 | DEPOSIT | |
| PAY TO  Dylan Pugliese | DEPOSIT | |
| FOR  Reimbursement for | TOTAL | |
| a computer screen | AMOUNT THIS CHECK  162 36 | |
| | BALANCE | |
| | OTHER DEDUCTIONS | |
| ☐ ✔TAX DEDUCTIBLE | BALANCE FORWARD | |

| 1015 | BALANCE BROUGHT FORWARD | |
|---|---|---|
| DATE  3-5-18 | DEPOSIT | |
| PAY TO  Harold + Donna | DEPOSIT | |
| Munal | | |
| FOR  Dec/Jan/FEB | TOTAL | |
| Rnt + | AMOUNT THIS CHECK  7,202 | |
| March + APRIL | BALANCE | |
| | OTHER DEDUCTIONS | |
| ☐ ✔TAX DEDUCTIBLE | BALANCE FORWARD | |

1/25/18

David N. Salmon, Esq.
7495 W. Azure Dr. #224
Las Vegas, NV 89130

Dear David,

We have evaluation the invoices showing a "zero balance" due (meaning customers' coins have been distributed for the full amount they paid) from 1/8 to 1/17 consisting of 268 invoices totaling $650,855.00. The sample size we tested was $423,974.00 consisting of 41 invoices. The test included 65.14% of the total invoice amounts and showed no discrepancies between the invoices tested to total bank deposit register. Based on our results we can advise you to distribute up to $650,855.00 from your NAC's trust bank account to NAC's Wells Fargo business bank account per the instructions you have rec'd for doing wire transfers.

Special additional instruction:
 Per Marcus, please immediately wire, from your NAC trust account, $75,000.00 to the production company you wired $150,000.00 earlier this week. The remaining $575,855.00 should be transferred to NAC's Wells Fargo bank acct as soon as possible.

Please contact me or Marcus if you have any questions.

Sincerely,

Karl Ruzicka, CPA

CC: Roland "Marcus" Andrade

*KRCPA, LLC*

Karl Ruzicka, Certified Public Accountant
7495 W. Azure Dr. #113 ▫ Las Vegas ▫ NV ▫ 89130 ▫ www.krcpa1.com
Email: kr@krcpa1.com ▫ Phone (702) 898-1020 ▫ Fax (702) 680-1551

