# **<u>Exhibit F</u>**



Marcus Andrade <ceo@amlbitcoin.com>

## Jack is on a plane but I wanted to send you this.

**David Cohen** <davidcohenfamily@hotmail.com>  Wed, Aug 28, 2019 at 11:54 PM
To: Marcus Andrade <ceo@amlbitcoin.com>

Marcus, I am sending this to you. Jack is on a plane until tomorrow afternoon. I have some thoughts. I realize this is a long email, and you probably don't want to read it all, but I strongly encourage you to do so.

We both know how much a sale of this proportion will help you (and all of us). The prospect of you having enough money to defend yourself fully against law enforcement, as well as live the rest of your life with financial security should be a huge motivation for you. When you add in the fact that doing a huge deal proves to your detractors that you were right all along, and settles and satisfies those who invested money in you and your dream, losing this deal is a very bad idea.

I realize that there are those telling you that a better deal will come along, or some other nonsense. Marcus, no one in this deal has done as many deals as I have. The price these guys are willing to pay you is extraordinary. Frankly, I don't know of anyone who would pay such a premium at this stage of development.

But the bigger issue is that, even if there were a better deal down the road in a few years, can you really last that long financially? Are there funds lining up to provide you money? How soon before you've finally exhausted all sources of funds? As I understand it, none of those who, in the past, have come to your financial rescue (including me) are willing to do any more with you on this project.

And what happens if the IRS or the DoJ decide to pursue asset forfeiture even before you are convicted of or plead to anything (without the money required to mount a defense against the federal government)? They do that all the time, as you might know. If they do so here, the project is dead. No one will get anywhere near this project. The assets (patents and anything else) will be frozen pending the outcome of your case. If you plead or are convicted, they will sell your assets (all your assets) at a sheriff's sale, and someone else will scoop them up, without you getting a dime.

And why is this happening? Because you are apparently listening to a patent lawyer and a securities lawyer. They have one interest: getting fees out of you. That's it. The prospect that you are selling your project means that the Marcus gravy train is coming to a halt for them. So, they are giving you terrible advice, because their interests are not aligned with yours.

And what is this advice? For you to make it impossible for anyone to help you negotiate the best deal possible. Jack and I want to make this work and make it big, not because it will only benefit you. But because it will benefit us. Do you think we want a smaller deal? Hell no. We want the best we can get from these buyers, so we all make as much money as possible.

When you demand, as your lawyers apparently have on your behalf, that Jack (and I, presumably) agree to have this deal terminated because the offer he presents might not fit your present conception of what you want, you are guaranteeing failure. No deal starts out the way you want it. you have to work with the other party to compromise and get what you both are satisfied with. I realize that your lawyers have no clue about how to do deals, but I find it very hard to believe that they are so dense as to think anyone would agree to the terms you have demanded of Jack.

I heard from Jack that you told him you, somehow, have put your attorneys into a veto position over this deal. I imagine that's just something you told him to negotiate, because why would anyone do such a thing? Even if they put up $250,000, you wouldn't give them control of the deal. I put up $200,000. I didn't ask for control of the deal. How could it be that someone with ¼ of 1% interest in this deal (that's what it is at $100,000,000) can now control the deal?

And how could it be that they would be so utterly unreasonable, if it is in fact they who are demanding these terms? The only explanation is that they are trying to tank the deal so they can continue sucking money out of you, or accruing fees owed so they can one day foreclose on you and take these assets for themselves. Don't kid yourself, Marcus. I've seen a lot worse.

So, Jack is on a plane. When he hits LA, he is going to call the buyers and set up a meeting for Friday morning (that's what he told me before he took off). When that happens, the deal is dead. There is no coming back, unless you later go begging Jack to somehow renew discussions because you are, perhaps in a few weeks, in a real death pinch. At that point, do you actually believe Jack is going to settle for 30%, assuming he does it at all? He'll likely offer you 30% and who knows what will be happening at that point – you might have to take it.

I think you need to think really hard about what you are doing. I think the approach you have taken has led you to the brink of losing this deal. In my view, you should sign the signed agreement he sent to you and let us get on with this. If not, I know he is going to end this, and we will all go our separate ways.

It's your call. You once mentioned that you didn't want to face the day when you had to tell your grandchildren that you sold a billion dollar deal for $100,000,000. How will you explain things to them if you gave up a huge deal for no deal? Or worse.
Let's get this signed and a deal done.
David

David A. Cohen