# **Exhibit G**



Marcus Andrade <ceo@amlbitcoin.com>

## August Update

**Japheth Dillman** <jdillman@clevrplay.com>   Fri, Sep 15, 2017 at 12:16 PM
To: David Mata <dbmata@gmail.com>
Bcc: ceo@amlbitcoin.com

Greetings Limited Partners,

Thank you all for your patience.  We finally have our financial reporting for August (including now, a deeper analysis of July as well).  I wanted to explain a few things:

1)  The financial reporting has taken some time to put together as automated tools for the trades on the backend of the cryptocurrency exchanges simply does not exist.  The market is still rather immature and so we've had build the pipeline of tools ourselves from scratch for compiling the data together.  I know it has been a long time coming, and going forward each month we intend to reduce the latency between month end and when you receive these reports as our tools pipeline matures.

2)  We've had a great run in August and yes... September has been rough with the announcements coming from China (I'll get to that) and we've seen the price drop 20-30% depending on the exchange.  Keep in mind, January 1st Bitcoin was sitting at $994.69, so the overall performance of BitCoin has steadily risen despite the momentary drops and market fluctuations.  I'm particularly connected to some of the policy insiders in China and word has it that this ban on ICOs is temporary while they sort out new regulatory issues, and the subsequent shutting down of exchanges in China is also temporary.  I firmly believe the price will rebound (and already has today) significantly once China announces their new policies.  Moreover, there's a new currency coming to market soon that will likely change overnight the approach governments are taking to cryptocurrency called AML BitCoin.  I'll make a separate email addressing this fascinating currency later.

3)  Below I've included an email from our CPA (Kerry Byler from Acuity) who has been working round the clock diligently to build out our pipeline of financial reporting tools.  He has graciously included an update for you all to read, which I'll include in full context here:

Good Morning All,

Attached are August Schedules for BLOCK BITS FUND I, L.P. which include:  (1) **Schedule of Interim Estimated Total Returns** to August 20 2017; (2) **Schedule Part II - Limited Partner Commitments** as of August 31, 2017; and (3) **Schedule of Gain and Loses** for August 2017.

As we discussed, there have been some slight delays in compiling the information contained in these schedules.  What we've been finding is that the new Cryptocurrency exchanges we've been utilizing have very robust trade entry, execution and tracking modules that are highly efficient. Unfortunately though, their back-end reporting capabilities are still somewhat "clunky" to use.  While all of the data is currently present and highly accurate, most of the Exchanges still need to develop modules to report trade specific data in the aggregate – which most are currently working on to implement.  During the interim this process currently requires a great deal of manual intervention and calculations which is taking some additional time to complete.   We anticipate this will be rectified at many of the Exchanges relatively soon.

On a separate but related note, we are happy to report that BLOCK BITS FUND I, L.P. has enjoyed some great initial success early on in its Cryptocurrency Trading Platform.  **Gross Total Return for the period Since Inception to August 20, 2017 was estimated to be 34.51% with a realized USD gain of $126,820 on Funded Commitments of $460,940.  The annualized Gross Return for this 41 Day period is estimated to be 307.19%.**

Sincerely,

Kerry Byler

Case 3:20-cv-02013-RS    Document 31-8    Filed 09/10/20    Page 2 of 4

Kerry is also bcc'ed on this email so he is fully aware of our communications to you.

I'm happy to answer any of your questions, but it has been a great run so far.

5)  We've continued to collect on further funds, and I have a verbal commitment from a serious investor to fill the full oversubscription amount we have left available when he returns from travels in the first week of October.  This means that if you're interested in contributing any further funds the window will be closing very soon.  FYI.

4)  Finally, A note on the automation:  As is typical with technology projects, we have hit a few bumps in the roadmap, especially in regards to the (lack of) support from the exchanges from a technical perspective. John Szeder is confident we are nearing the light at the end of the tunnel for the automation of trade arbitrage rolling out on the fund.  I simply wanted to note that our trade activity to date should not reflect the ability of the automation toolset we've been working on in house.  As is clearly stated in the PPM, this first fund was truly a test journey for all of us, in the hopes to iron out as much of these wrinkles as possible before rolling up to a much larger fund where expectations are different.  My point is... I'm hoping to set the expectations of what our autotrader can fully realize in gains for the full month of October.  My hope is that month will truly reflect what our technology stack is capable of.  Each month from there, going to the end of this short test fund, we will be refining the autotrader itself and improving it's functionality.

Cheers,

--
**Japheth Dillman**
**CEO & Co-Founder**

Mobile: (415) 699-5458
Skype: ijandanet
email: jdillman@clevrplay.com

---

**3 attachments**

- **Block Bits Capital - Schedule of Gains_Loses (August 2017) FINAL.pdf**
  205K

- **Block Bits Fund I LP (Schedule of Interim Estimated Total Returns to August 20 2017) FINAL.pdf**
  196K

- **Block Bits Fund I LP (Schedule Part II - Limited Partner Commitments - August 31 2017) FINAL.pdf**
  204K

**BLOCK BITS FUND I, L.P.**
SCHEDULE PART II
SCHEDULE OF LIMITED PARTNER COMMITMENTS
For the Period Ended August 31, 2017

|  | Funded Commitment Amounts | % of Total Funded Commitments | Amount on Subscription Agreement |
|---|---:|---:|---:|
| **Total Funded Commitments** | | | |
| Daniel & Vardit Aharonoff | $ 180,000.00 | 23.3481% | $ 180,000.00 |
| Landfair Capital Consulting, Inc. | $ 75,000.00 | 9.7284% | $ 75,000.00 |
| AK2G Holdings LLC | $ 50,000.00 | 6.4856% | $ 50,000.00 |
| Jennifer C. Elliott | $ 50,000.00 | 6.4856% | $ 50,000.00 |
| Matthew S. Staehle | $ 50,000.00 | 6.4856% | $ 50,000.00 |
| Hani Haddad | $ 49,940.00 | 6.4778% | $ 100,000.00 |
| Paul Trowe | $ 45,000.00 | 5.8370% | $ 45,000.00 |
| Bradford Lee Grimm | $ 31,000.00 | 4.0211% | $ 30,000.00 |
| Amy Tucker | $ 30,000.00 | 3.8914% | $ 30,000.00 |
| Flower of Life Society | $ 30,000.00 | 3.8914% | $ 40,000.00 |
| Sarah Schnepf | $ 30,000.00 | 3.8914% | $ 30,000.00 |
| Asendu, LLC | $ 25,000.00 | 3.2428% | $ 25,000.00 |
| Eron Zehavi | $ 25,000.00 | 3.2428% | $ 25,000.00 |
| Joshua Squires | $ 25,000.00 | 3.2428% | $ 25,000.00 |
| Julie Kaye Robinson | $ 25,000.00 | 3.2428% | $ 25,000.00 |
| Michael Scott Mears | $ 25,000.00 | 3.2428% | T.B.D. |
| Sugar Mountain Holdings, LLC | $ 25,000.00 | 3.2428% | $ 25,000.00 |
| **Commitments Funded and Percentage Owned as of August 31, 2017** | **$ 770,940.00** | **100.0000%** | |
| **Limited Partnership Subscriptions Received and Not Funded** | | | |
| Hani Hadad | | | $ 50,060.00 |
| Flower of Life Society | | | $ 10,000.00 |
| **Total Unfunded Commitments as of August 31, 2017** | | | **$ 60,060.00** |
| **Total Commitments** | | $ 831,000.00 | - |