1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>ONE PARCEL OF REAL PROPERTY LOCATED AT 9414 PLAZA POINT DRIVE, MISSOURI CITY, TEXAS 77459,<br><br>           Defendant. | Case No. 3:20-cv-2013-VC<br><br>**PROPOSED ORDER GRANTING MOTION FOR ENTRY OF AN ORDER TO PRESERVE EVIDENCE**<br><br>Judge:  Hon. Vince Chhabria<br>Trial Date:  None Set |
| ROWLAND MARCUS ANDRADE,<br><br>           Claimant. | |
| SOLMAZ ANDRADE,<br><br>           Claimant. | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB as trustee for IRP FUND II TRUST 2A,<br><br>           Claimant. | |

Rowland Marcus Andrade's Motion for Entry of an Order to Preserve Evidence came on for hearing before this Court on July 16, 2020, at 10:00 a.m. After full consideration of the matter, Claimant Andrade's Motion is GRANTED as follows:

The Plaintiff United States of America is hereby ordered to preserve all physical, documentary, or other evidence in their possession, custody, or control relating to the allegations at issue in this case, including but not limited to all electronic documents copied from the Computer, and all email communications sent or received by the United States and/or any United States government agency and their associates whether those communications are stored in government email accounts, in personal email accounts, or in some other location. This evidence includes all evidence of any kind obtained through the governments' investigation(s) into Claimant, Jack Abramoff, Japheth Dillman, IRS Agent Bryan Wong, FBI Agent Ethan Quinn, FBI Agent Rohan Wynar, and related parties, including but not limited to any search or seizure of Claimant Andrade's businesses, computers, home, or other property or that of Jack Abramoff, and/or Japheth Dillman and any alleged associates of Andrade or Abramoff as it relates to the Complaint and to all of the criminal offenses allegedly committed by Andrade and his associates.

The Plaintiff United States of America is also hereby ordered to produce to the Court, within fourteen days, all evidence described above for safekeeping in advance of formal discovery.

IT IS SO ORDERED.

Dated: _____    _____
UNITED STATES DISTRICT JUDGE