# **Exhibit 2**

Case 3:20-cv-02013-RS     Document 32-3

**NAC Foundation, LLC**
7495 W. Azure Drive
Las Vegas, Nevada 89130

# INVOICE

INV-3298

Bill To:

**Block Bits Capital**
3563 Pierce Street
San Francisco, CA 94123

Date: Jan 12, 2018
Payment Terms: NET 10
Due Date: Jan 22, 2018

**Balance Due:** $0

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account jdillman@blockbits.capital** | 1 | $850,000 | $850,000 |

Total: $850,000
Amount Paid: $850,000

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: DAVID S██████ & ASSOCIATES, INC.
CLIENT TRUST ACCOUNT FOR NAC FOUNDATION

BANK ADDRESS: 6895 ALIANTE PKWY N. LAS VEGAS, NV 89084
ACCOUNT NUMBER: ████████
ROUTING NUMBER: 021000021
SWIFT CODE: CHASUS33
BAND IDENTIFIER CODE: CHASUS33XXX

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to 1-877--585-7656.

**NAC Foundation, LLC**
7495 W. Azure Drive
Las Vegas, Nevada 89130

# INVOICE

INV-4199

Bill To:

**Block Bits Capital**
3563 Pierce Street
San Francisco, CAjdillman@blockbits.capiral 94123

| | |
|---|---|
| Date: | Jan 23, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Feb 2, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account jdillman@blockbits.capital** | 1 | $ 150,000 | $ 150,000 |

| | |
|---|---|
| Total: | $ 150,000 |
| Amount Paid: | $ 150,000 |

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: DAVID SALMON & ASSOCIATES, INC.
CLIENT TRUST ACCOUNT FOR NAC FOUNDATION

BANK ADDRESS: 6895 ALIANTE PKWY N. LAS VEGAS, NV 89084
ACCOUNT NUMBER: 252727620
ROUTING NUMBER: 021000021
SWIFT CODE: CHASUS33
BAND IDENTIFIER CODE: CHASUS33XXX

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to 1-877--585-7656.

**NAC Foundation, LLC**
7495 W. Azure Drive
Las Vegas, Nevada 89130

# INVOICE
INV-4345

Bill To:

**Block Bits Capital**
3563 Pierce Street
San Francisco, CAjdillman@blockbits.capiral 94123

Date: Jan 26, 2018
Payment Terms: NET 10
Due Date: Feb 5, 2018

**Balance Due:** $0

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account jdillman@blockbits.capital** | 1 | $67,500 | $67,500 |

Total: $67,500
Amount Paid: $67,500

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: DAVID SALMON & ASSOCIATES, INC.
CLIENT TRUST ACCOUNT FOR NAC FOUNDATION

BANK ADDRESS: 6895 ALIANTE PKWY N. LAS VEGAS, NV 89084
ACCOUNT NUMBER: 252727620
ROUTING NUMBER: 021000021
SWIFT CODE: CHASUS33
BAND IDENTIFIER CODE: CHASUS33XXX

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to 1-877--585-7656.

**NAC Foundation, LLC**
7495 W. Azure Drive
Las Vegas, Nevada 89130

# INVOICE

INV-4424

Bill To:

**Block Bits Capital**
3563 Pierce Street
San Francisco, CAjdillman@blockbits.capiral 94123

| | |
|---|---|
| Date: | Jan 29, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Feb 8, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account jdillman@blockbits.capital** | 1 | $ 85,000 | $ 85,000 |

| | |
|---|---|
| Total: | $ 85,000 |
| Amount Paid: | $ 85,000 |

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: DAVID SALMON & ASSOCIATES, INC.
CLIENT TRUST ACCOUNT FOR NAC FOUNDATION

BANK ADDRESS: 6895 ALIANTE PKWY N. LAS VEGAS, NV 89084
ACCOUNT NUMBER: 252727620
ROUTING NUMBER: 021000021
SWIFT CODE: CHASUS33
BAND IDENTIFIER CODE: CHASUS33XXX


This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to 1-877--585-7656.

**NAC Foundation, LLC**
7495 W. Azure Drive
Las Vegas, Nevada 89130

# INVOICE

INV-4660

Bill To:

**Block Bits Capital**
3563 Pierce Street
San Francisco, CAjdillman@blockbits.capiral 94123

Date: Feb 5, 2018
Payment Terms: NET 10
Due Date: Feb 15, 2018

**Balance Due:** $0

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account jdillman@blockbits.capital** | 1 | $197,000 | $197,000 |

Total: $197,000
Amount Paid: $197,000

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: DAVID SALMON & ASSOCIATES, INC.
CLIENT TRUST ACCOUNT FOR NAC FOUNDATION

BANK ADDRESS: 6895 ALIANTE PKWY N. LAS VEGAS, NV 89084
ACCOUNT NUMBER: 252727620
ROUTING NUMBER: 021000021
SWIFT CODE: CHASUS33
BAND IDENTIFIER CODE: CHASUS33XXX

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to 1-877--585-7656.

**NAC Foundation, LLC**
7495 W. Azure Drive
Las Vegas, Nevada 89130

# INVOICE

INV-5007

Bill To:

**Block Bits Capital**
3563 Pierce Street
San Francisco, CAjdillman@blockbits.capiral 94123

| | |
|---|---|
| Date: | Feb 14, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Feb 24, 2018 |
| **Balance Due:** | **$0.00** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account jdillman@blockbits.capital** | 1 | $214,500.00 | $214,500.00 |

| | |
|---|---|
| Total: | $214,500.00 |
| Amount Paid: | $214,500.00 |

PAGE 1 OF 2

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: DAVID SALMON & ASSOCIATES, INC.
CLIENT TRUST ACCOUNT FOR NAC FOUNDATION

BANK ADDRESS: 6895 ALIANTE PKWY N. LAS VEGAS, NV 89084
ACCOUNT NUMBER: 252727620
ROUTING NUMBER: 021000021
SWIFT CODE: CHASUS33
BAND IDENTIFIER CODE: CHASUS33XXX

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to 1-877--585-7656.