**<u>Exhibit 3</u>**

 Block Bits AML Holdings, LLC

Benjamin Boyer Trust
3280 Alpine Road
Portola Valley, CA 94028

**Individual Account Statement***

(PREPARED FROM BOOKS WITHOUT AUDIT)

**Investor Rep:** Benjamin Boyer
**Investment Date:** 1/23 - Ongoing
**Investment Amount:**$150,000 USD and additional funds in AML BTC

Distribution Statement for the Period Ended: **February 29, 2020**

## Investment: Block Bits AML Holdings, LLC

| Date | Deposit Amount | Deposit Method | AML BTC Held |
|------|---------------|----------------|--------------|
| 1/23/2018 | $150,000 | Wire | 100,000 |
| 9/4/2018 | 155,216.0137 | AML BTC Transfer | 155,216.0137 |
| 10/26/2018 | 73,153 | Network Transfer | 73,153 |
| Total | | | 328,369.0137 |

*The information contained in this document is for the person named herein. If you are not the intended recipient of this message you must not disseminate, distribute, copy or take any action in reliance on this e-mail or any attachment. Please notify the sender immediately and please delete it from your account.

**Block Bits AML Holdings LLC**
3121 W Hallandale Beach Blvd
Hallandale, FL 33009
dave@blockbits.capital
Prepared by  David Mata

 **Block Bits AML Holdings, LLC**

**Individual Account Statement***

(PREPARED FROM BOOKS WITHOUT AUDIT)

Boyer Family Trust
3280 Alpine Road
Portola Valley, CA 94028

**Investor Rep:** Benjamin Boyer
**Investment Date:** 1/12 – 11/03, 2018
**Investment Amount:** $955,000 USD

Distribution Statement for the Period Ended: **February 29, 2020**

## Investment: Block Bits AML Holdings, LLC

| Date | Deposit Amount | Deposit Method | AML BTC Held |
|---|---|---|---|
| 1/12/2018 | $850,000 | Wire | 680,000 |
| 1/25/2018 | $67,500 | Wire | 45,000 |
| 1/29/2018 | $37,500 | Wire | 25,000 |
| 7/31/2018 | 275,186.2484 ABTC | Network Transfer | 275,186.2484 |
| 8/16/2018 | 161,096.5616516 ABTC | Network Transfer | 161,096.5616516 |
| 10/24/2018 | 250,000 | Wallet Deposit | 250,000 |
| 10/25/2018 | 300,000 | Network Transfer | 300,000 |
| 11/03/2018 | 500,000 | Network Transfer | 500,000 |
| Total | | | 2,236,282.8100516 |

*The information contained in this document is for the person named herein. If you are not the intended recipient of this message you must not disseminate, distribute, copy or take any action in reliance on this e-mail or any attachment. Please notify the sender immediately and please delete it from your account.

**Block Bits AML Holdings LLC**
3121 W Hallandale Beach Blvd
Hallandale, FL 33009
dave@blockbits.capital
Prepared by: David Mata