# **Exhibit 4**



Marcus Andrade <ceo@amlbitcoin.com>

## Fwd: NEC Foundation AML information

**AML Adim** <admin@amlbitcoin.com>  Fri, Dec 21, 2018 at 12:02 PM
To: Ben Boyer <ben.boyer@gmail.com>
Cc: Christopher Ray <christopher@deanandray.com>
Bcc: ceo@amlbitcoin.com

Hello Mr. Boyer,

Please note that Mr. Ray is overseeing the checks and balances when it comes to direct sales for the AML Token that were done by NAC and / or Mr. Marcus Andrade when a client representative was actually used.

His job is to make sure that all the information you received from your client representative (David Mata / Blockbits Capital) is indeed true and accurate.

Mr. Ray was only going to ask you about 10 questions so that he can complete the Quality & Assessment Form.

Thank you,

Melanie
AML BitCoin Team


---------- Forwarded message ---------
From: **Christopher Ray** <christopher@deanandray.com>
Date: Fri, Dec 21, 2018 at 11:36 AM
Subject: Fwd: NEC Foundation AML information
To: AML Adim <admin@amlbitcoin.com>



---------- Forwarded message ---------
From: **Christopher Ray** <christopher@deanandray.com>
Date: Fri, Dec 21, 2018 at 12:19 PM
Subject: NEC Foundation AML information
To: <ben.boyer@gmail.com>


Mr. Boyer - thank you again for your time earlier. Per your request, please find my contact information below for your or your counsel's review. You may wish to also contact (or have your counsel contact) Marcus Andrade at the NEC Foundation to verify my identity and credentials.

Please note that my firm has been engaged as a third party. We are not direct employees of the NEC Foundation.

--
Christopher Ray, Esq.
p: 508-309-5950
e: christopher@deanandray.com

This message is intended for the named recipient only. It may contain confidential information or information protected by attorney-client privilege. If you have received this message in error, please notify the sender immediately and destroy this message.

--
Christopher Ray, Esq.
p: 508-309-5950
e: christopher@deanandray.com

This message is intended for the named recipient only. It may contain confidential information or information protected by attorney-client privilege. If you have received this message in error, please notify the sender immediately and destroy this message.



Marcus Andrade <ceo@amlbitcoin.com>

## Aharonoff AML BTC transfer.

**David Mata** <dave@blockbits.capital>  
To: Marcus Andrade <ceo@amlbitcoin.com>

Wed, Dec 26, 2018 at 12:53 PM

Hi Marcus, we don't actually need to speak today, I just need to see those coins, otherwise Daniel is going to escalate the situation.

Chris did indeed speak with both Japheth and I on Friday, and said that he would notify you of Daniel's responses prior to Friday afternoon. Where did you dig him up? Apparently he was extremely aggressive on the phone with Japheth.

==As for Boyer, I wouldn't expect a response from him, he's already sold his coins to Japheth. I'm going to send an email to you and Daniel with questions for Daniel to answer.==
D

On Wed, Dec 26, 2018 at 10:49 AM Marcus Andrade <ceo@amlbitcoin.com> wrote:

> Hello David,
>
> I have been tied up all morning. I will be available around 1 p.m. PST today for a call.
>
> As far as an update, I am waiting on a report from Christopher Ray regarding the Compliance Quality and Assurance form. (The compliance questions he asked everyone and if indeed they were not misled)
>
> I was informed that Chris already spoke to you and Japheth (Blockbits) as well as Daniel. I should be receiving feedback shortly.
>
> You did message me over the weekend stating that Daniel successfully answered all questions and all was well. My question to you is that we haven't received the completed form back so I do not know if that is indeed accurate information. In order to expedite things, did Chris or Daniel tell you that all was good on Daniels responses to the questions Chris asked him?
>
> Also, we haven't heard anything from Ben Boyer. Did he know that Chris was going to contact him?
>
> Please also have Daniel send Chris and myself an email allowing you to take possession of his coins.
>
> Thanks,
>
> Marcus
>
> On Wed, Dec 26, 2018 at 11:45 AM David Mata <dave@blockbits.capital> wrote:
>> Hi Marcus,
>> I've been trying to reach you to execute this transfer. Can you please respond today and we can get the test transfer done? It's been far too long of a process, and Daniel now wants to engage counsel. There's no need for that.
>>
>> I know it's the holidays, but I need to be in possession of those abtc.
>> D
>>
>> --
>> **David Mata**
>> Managing Director and Co-Founder
>> Block Bits Capital
>> 509-387-1879



Marcus Andrade <ceo@amlbitcoin.com>

# Hello Ben
14 messages

**Marcus Andrade** <ceo@amlbitcoin.com>	Thu, May 30, 2019 at 10:32 AM
To: ben.boyer@gmail.com

Hello Ben,

As you are fully aware of, we tried to reach out to you multiple times last year with no response knowing Blockbits was directing you not to answer our calls.

Since I truly feel you are an unknowingly puppet for Jack Abramoff and a disciple for Japheth and David, I would require you to first write a sworn statement detailing to me what your issues really are.

At that point, I would either arrange a call with you or meet with you in person. If my view of you is completely wrong, you should have no problem providing me with an affidavit about your true issues.

Feel free to provide me with your attorneys contact information and I can have my legal counsel reach out to yours.

When it comes to ABTC, yes we had some road bumps but the project is coming along fine. The public will see that very soon.

Thanks,

Marcus Andrade,

---

**Ben Boyer** <ben.boyer@gmail.com>	Thu, May 30, 2019 at 7:50 PM
To: Marcus Andrade <ceo@amlbitcoin.com>

Marcus,

Thanks for your email. I wasn't aware that you had been trying to contact me -- had I known, I would've reached out earlier. At one point someone claiming to have been hired by the NAC reached out to reverify my AML/KYC info but at the advice from Japheth, I never responded. I assume that's what your referencing?

My questions regarding the project are twofold:

1. Given the fact I have filed a lawsuit against Japheth, I'd like to better understand Japheth's and Blockbit's role in AML Bitcoin. When I invested in the ICO, I did so believing Japheth was the Chief Strategy Officer of the project. In Nov, he told me that his title was only a front to help you raise money in the ICO. What exactly was his role? I have learned that many other representations made to me by Japheth were not accurate and I'd love to hear your perspective on your interactions with him.
2. I'm also interested in getting an update on the project and where things stand with the state of the technology, the financial situation of the company, and any other matters of significance that can give me confidence that the project can still be turned around.



Marcus Andrade <ceo@amlbitcoin.com>

# Ben Boyer

**Marcus Andrade** <ceo@amlbitcoin.com>    Thu, Jan 10, 2019 at 8:43 PM
To: David Mata <dave@blockbits.capital>, David Mata <dbmata@gmail.com>, Japheth Dillman <jdillman@blockbits.capital>, Japheth Dillman <jdillman@clevrplay.com>

David,

You have told me on multiple occasions that you and Jaypheth have bought out Ben Boyer from the two contracts that he has with me directly.

Since it is obvious that blockbits misinformed your other client pertaining to ABTC, I have to assume that blockbits did the same thing with Mr. Ben Boyer.

Mr. Boyer is entitled to a full refund from myself pertaining to those two direct purchases if indeed you two made false representations to him like you both did with Daniel Aharanoff.

Since you told me David that Mr. Boyer was bought out by you and Japheth, I need you to provide proof that Mr. Boyer was indeed bought out.

I will not be doing anything more with blockbits capital until the proof has been provided.

Thanks,

Marcus Andrade



Marcus Andrade <ceo@amlbitcoin.com>

## Here's Aharonoff's CALE form

**David Mata** <dbmata@gmail.com>  
To: Marcus Andrade <ceo@amlbitcoin.com>

Sat, Dec 8, 2018 at 5:03 PM

> Go read what I wrote in telegram.
>
> On Sat, Dec 8, 2018, 2:57 PM Marcus Andrade <ceo@amlbitcoin.com> wrote:
>> Remember David, the whole purchase of the Validation and Quality Assessment Form that is a list of questions that Chris will be asking the purchaser, is to make sure that the coins were not sold to them wrong. Where there are no false misrepresentations.
>>
>> Chris is not the same Chris with DLA. He will not ask anyone about anything else. He will only read the questions to the client and fill in the form.
>>
>> His only job is for checks and balances. To make sure no facts were misrepresented during the purchase.
>>
>> Thanks,
>>
>> Marcus
>> Marcus
>>
>> On Sat, Dec 8, 2018 at 4:45 PM Marcus Andrade <ceo@amlbitcoin.com> wrote:
>>> That maybe a compliance issue.
>>>
>>> I may have to proceed with a refund.
>>>
>>> I will check and revert back to you by Tuesday.
>>>
>>> Thank you,
>>>
>>> Marcus
>>>
>>>
>>>
>>> Thanks,
>>> Marcus
>>>
>>> On Sat, Dec 8, 2018 at 4:13 PM David Mata <dbmata@gmail.com> wrote:
>>>> I'll send over Daniel's info.
>>>>
>>>> ==Ben will not take your call or your attorney's call. If you'd like further info, Japheth would be the person buying his coins and be the person to talk to.==
>>>>
>>>> On Sat, Dec 8, 2018, 1:55 PM Marcus Andrade <ceo@amlbitcoin.com> wrote:
>>>>> Hello David,
>>>>>
>>>>> Thank you for the completed CALE form.
>>>>>
>>>>> Please fill one out for Ben Boyer as well since you were also responsible for that sale.
>>>>>
>>>>> Please send me over the contact information for Ben and for Daniel.
>>>>>
>>>>> Chris Ray will be contacting them and asking them a few questions to be sure that they were not misled in