# **<u>Exhibit 5</u>**

## Affidavit

STATE OF _Colorado_

COUNTY OF _Mesa_

**BEFORE ME**, the undersigned authority, personally appeared **CHRISTOPHER RAY** who, being by me duly sworn, deposed as follows:

1. "My name is **CHRISTOPHER RAY**. I am over 18 years of age, of sound mind, and capable of making this affidavit.

2. I am a licensed attorney residing and operating in New Hampshire.

3. I have served as a compliance attorney for Rowland Marcus Andrade ("Andrade") since about June of 2018.

4. As a compliance attorney, my primary duty was to interview any individual or individual on behalf of an entity who purchased digital currency directly from Andrade, including the AML Bitcoin Token ("Tokens"). These limited purchases are distinct from the vast majority of purchases of Tokens which occurred through the Initial Coin Offering ("ICO") in which the seller was NAC Foundation, LLC.

5. When a purchaser purchased Tokens directly from Andrade, my role was to interview the purchaser to ensure they were not misled insofar as what they had purchased. For direct Token purchases from 2017 to present, I personally called every purchaser who purchased Tokens from Andrade and I asked a series of questions to verify they understood what the Tokens represented and what they didn't. More specifically, I ensured the purchaser understood that the Tokens were not the finished digital currency, but that they were a medium of exchange which would/could be converted into the finished AML Bitcoin once the project was completed by Andrade. While the finished product (the AML Bitcoin) would feature anti-money laundering (AML) and know-your-customer (KYC) features, I ensured the purchasers understood the

Tokens did not include these features. Finally, I ensured the purchasers understood that the Tokens were not tied to any physical, financial, or other asset and that the Tokens did not constitute an investment or security. Collectively, the acknowledgements in this Paragraph 5 are here forth referred to as the "Acknowledgements".

6. On August 28, 2017, Block Bits Capital, LLC ("BBC"), a Delaware limited liability company purchased 287,556 tokens from Andrade.

7. In November, 2018, I called and spoke to Daniel Aharanoff, an individual who purchased Tokens directly from Andrade in October, 2018. BBC served as a broker for the purchase and sale. In my phone call with Aharanoff, I discovered he was mislead by BBC as he was under the impression that the Tokens were tied or backed by a physical asset, namely patents. Andrade offered to immediately refund Aharanoff's purchase. However, Aharanoff refused the offer, agreeing to keep the Tokens after agreeing to the Acknowledgements.

8. As result of Aharnoff's misunderstanding, I began contacting and interviewing everyone who had purchased Tokens directly from Andrade in November and December, 2018. With regard to BBC's purchase from the year prior, I spoke with BBC's owner Japheth Dillman first and then spoke to them together on another call. David Mata. BBC acknowledged as the purchaser that Andrade nor NAC had ever misled them.

9. Other than Daniel Aharanoff, BBC brokered one other sale of Tokens from Andrade directly. The purchaser was Ben Boyer who had purchased $125,000 worth of Tokens from Andrade in October, 2018. In November and December, 2018, I repeatedly tried to call Boyer to interview him to ensure he was not misled by BBC. After numerous attempts to call and E-mail Boyer, I was able to have a phone conversation with Boyer. On the phone call, Boyer seemed apprehensive about the call, insisting on me e-mailing him the questionnaire rather than

completing it over the phone. I was never able to complete the interview as Boyer was unresponsive to phone calls and e-mails from that point moving forward. I later discovered that Boyer was instructed by the broker, BBC, to ignore my calls and e-mails." BBC had told Andrade via email that they had purchased all the Aml Bitcoin Tokens from Ben Boyer and that is why he is not returning my calls.

_____
CHRISTOPHER RAY

STATE OF _Colorado_
COUNTY OF _Mesa_

SWORN TO AND SUBSCRIBED before me on the 12 day of May, 2020 by **CHRISTOPHER RAY**.

_____
Notary Public, State of _Colorado_

THERESE LUELLEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20014010801
MY COMMISSION EXPIRES 04/05/2021