# Exhibit 6

# Gmail

Marcus Andrade

## Ben Boyer

**Marcus Andrade** <████████████>   Thu, Jan 10, 2019 at 8:43 PM
To: David Mata <████████████>, David Mata <████████████>, Japheth Dillman <████████████>, Japheth Dillman <████████████>

David,

You have told me on multiple occasions that you and Jaypheth have bought out Ben Boyer from the two contracts that he has with me directly.

Since it is obvious that blockbits misinformed your other client pertaining to ABTC, I have to assume that blockbits did the same thing with Mr. Ben Boyer.

Mr. Boyer is entitled to a full refund from myself pertaining to those two direct purchases if indeed you two made false representations to him like you both did with Daniel Aharanoff.

Since you told me David that Mr. Boyer was bought out by you and Japheth, I need you to provide proof that Mr. Boyer was indeed bought out.

==I will not be doing anything more with blockbits capital until the proof has been provided.==

Thanks,

Marcus Andrade