# **Exhibit 8**

# FAQ

## What is the difference between AML BitCoin and AML BitCoin Token?



AML BitCoin Tokens are put in place to start using NAC's products until the AML BitCoin is finally developed.

AML BitCoin Token does not have any anti-anonymous or compliance features. When the AML BitCoin is developed, it will have various compliance features.

AML BitCoin Token is not activated for anti-money laundering compliance. AML BitCoin offers the benefit of a public blockchain and market decentralization associated with the ability to stay in compliance with international financial, banking, privacy acts and other regulations. NAC may enable compliance features on the AML BitCoin Token.

## I purchased AML BitCoin Tokens and I have not received my tokens. What should I do?

## How do I get the AML BitCoin Wallet?

## How can I get technical support or ask questions?

## How can I stay-up-to-date with AML BitCoin news?

## When do I need to identify myself?

## How can I create a certified digital identity profile?



### Can I mine AML BitCoin Token?

### What is your refund policy for those that participated in the AML BitCoin Token Sale?

### Besides the refund clause in the 'Terms and Conditions', is there any other way to get a refund?

## What is the total supply of coins in real time?

### More Information

About Us

White Paper

Terms & Conditions

Data Privacy Policy

### Please Note

The AML BitCoin Token is currently trading and not the finalized AML BitCoin.

The AML BITCOIN is now ready. **Click here to get your AML BitCoin Wallet now**.

### Contact Us

Corporate Office
7495 Azure Dr. Suite 110
Las Vegas, NV 89130

**Phone:** +1 702-515-4038
**Email: info@amlbitcoin.com**

© 2014-2020 Copyright NAC Foundation All rights reserved.

