# **Exhibit 9**

 Gmail

Marcus Andrade <ceo@amlbitcoin.com>

**Fwd: Gavin Newsom for Governor event at GT on April 26**
1 message

**Japheth Dillman** <jdillman@blockbits.capital>　　　　　　　　　　　　　Wed, Apr 25, 2018 at 6:21 PM
To: ceo@amlbitcoin.com

> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** leslie katz <lesliekatz@gmail.com>
>> **Date:** April 25, 2018 at 3:51:43 PM PDT
>> **To:** Japheth Dillman <jdillman@blockbits.capital>
>> **Subject: Gavin Newsom for Governor event at GT on April 26**
>>
>> Here is info
>>
>> Best,
>> Leslie
>> 415-722-6547

　　📎 Roundtable 4.26.18 Newsom for Governor Invitation.pdf
　　　　203K

