# Exhibit 10

 Gmail

Marcus Andrade <ceo@amlbitcoin.com>

## Meeting with Leslie
1 message

**richard naimer** <info@ditnetwork.com>             Tue, Apr 17, 2018 at 9:25 AM
To: "Leslie Katz (katzle@gtlaw.com)" <katzle@gtlaw.com>
Cc: "Japheth Dillman (jdillman@blockbits.capital)" <jdillman@blockbits.capital>, "ceo@amlbitcoin.com" <ceo@amlbitcoin.com>


Leslie hi,


As you may note from the string below, it appears there has been a misunderstanding and that the meetings have been coordinated for this weekend.

My sincere apologies, but unfortunately, I need to renew my Canadian passport otherwise I will have a visa issue, so I simply can not make the meetings for this weekend.


If possible, I would be grateful if the meetings could be rescheduled for the 26$^{th,}$ which is next weekend.


Thanks in advance,

Richard


From: Richard

Sent: Tuesday, April 17, 2018 9:18 AM

To: Japheth Dillman <jdillman@blockbits.capital>

Cc: Marcus Andrade <ceo@amlbitcoin.com>; Subject: RE: Meeting with Leslie


Japheth hi,


I take it that there was a misunderstanding and the meeting was coordinated for this weekend.


As per my initial correspondence below, I will need at least a day in Canada to renew my passport for visa purposes so this weekend is unfortunately just not doable.

So I apologize and must request to reschedule for the end of next week.


(BTW, I did not receive the group text – if I may request that if we text, that we do it over whatsapp.)


Sorry for the red tape but I hope we can get it together.


Thanks, Richard


From: Japheth Dillman [mailto:jdillman@blockbits.capital]

Sent: 20:41 2018 אפריל 16 ב יום

To: Richard

Cc: Marcus Andrade

Subject: Re: Meeting with Leslie

Hi Richard,

Meetings were set over the weekend and I have a call with Leslie now to confirm the timing.... stay tuned.

On Mon, Apr 16, 2018 at 8:07 AM, Richard <richard@granot-law.co.il> wrote:

If a meeting has not be set yet, I think best would be if we aim for towards the end of next week.

If I only start with travel plans now I doubt I will be able to me it to SF by this weekend.

Can we aim for the 26th?

Thanks, Richard

From: Richard

Sent: 06:39 2018 אפריל 16 ב יום

To: jdillman@blockbits.capital

Cc: Marcus Andrade (ceo@amlbitcoin.com)

Subject: Meeting with Leslie

Japheth hi,

Has a meeting been set yet with Leslie? Jack mentioned possibly Friday but I have not heard anything yet.

Please take into account that I will need a few days lead time to make the meeting as I would need to get to Canada and renew my passport for visa purposes, so please keep let me know as soon as things come together.

Thanks, Richard

--

Japheth Dillman

Managing Partner & Co-Founder

Mobile:    (415) 699-5458

Skype:    ijandanet

email:    jdillman@blockbits.capital

Telegram:    ijanda

WeChat:    JaphethDillman



# NAC Foundation, LLC ("NAC")
# The Blockchain application Company

Port of SF discussion, March 2018



# What is NAC Foundation, LLC?

- A Nevada limited liability corporation founded and controlled by **Marcus Andrade**, a silicon valley software executive and early Blockchain and cryptocurrency entrepreneur

- NAC is one of the most experienced companies in the crytpo field, having previously launched the ATEN coin, the predecessor of the AML BitCoin

- ATEN coin trading was brisk, but voluntarily suspended in 2015 when Andrade discovered that third party security vendors failed to provide accurate AML/KYC verification of users

- Andrade and his tech team developed new biometric digital ID protocols over the Blockchain and licensed the system to CrossVerify, the Digital Identity Trust Network and AMLBitCoin

- Multiple aspects of NAC's novel solutions are IP protected, in the form of US and international patent applications & trademarks



The NAC Framework

In practical terms, what does this all mean??

# Step 1 – The Network

The Network access points are made up of Trusted Parties which, by regulatory authority or by accepted market integrity, can be trusted to verify the authenticity of the data introduced to the Network. Such as:

- Government agencies
- Banks
- Notary Public's
- Consulates;
- Tade representative offices etc'

User physically presents himself to a network Trusted Party for the verification of ID and upload process.



In practical terms, what does this all mean??

Cont'

# Step 2 – The Digital Identity Data

The data comprising of the digital identity can vary, but at a minimum, will include the following:

1. Government picture ID
2. Current Utility bill
3. Upload of biometric data, in presence of the Trusted Party via the Cross Verify software system only

Additional KYC documents and data can be added if required: additional ID's, Tax ID's Visa etc'



In practical terms, what does this all mean??

Cont'

# Step 3 – The Identity Upload

Digital Identities will be uploaded to the Cross Verify blockchain in a procedure to be strictly followed by all Network members. Such policies will include:

• Verification of authenticity and validity of government issued ID

• Verification of authenticity and validity of current utility bill

• Oversight of the biometric data capture and upload in the presence of the Trusted Party, to ensure that the biometrics are in fact those of the person holding the government issued ID



# Step 4 – Upload to CV Blockchain

## Blockchain in a nutshell

Append-only system of record shared across business network

Shared Ledger

Ensuring secure, authenticated & verifiable transactions

Cryptography



All parties agree to network verified transaction

Consensus

Business terms embedded in transaction database & executed with transactions

Shared Contract



**Broader participation, lower cost, increased efficiency**

In practical terms, what does this all mean??

Cont'

# Step 4 – Identity Blockchain advantages

- Essentially, non hackable – all network members would need to be hacked in order to alter/delete data

- Identity not known to anyone other than the Trusted Party

- Access to data available only to the holder of the hash – hash obtainable only via permission from the biometric owner

- Full audit trail available back to verifying Trusted Party, if necessary

- Any participant can tag an identity as flawed and immediately halt exposure to all other network participants



In practical terms, what does this all mean??

Cont'

# Step 5 – AML checks of the digital identity

- The verified uploaded identity is checked against all currently available Anti-Money Laundering (AML) lists, including: Counter Financing of Terrorism(CFT), Anti-Fraud and Financial Crimes (AFF), Office of Foreign Assets Control (OFAC), Bank Secrecy Act (BSA), USA PATRIOT Act and the FACT Act, World-Check etc'.

- Such checks are conducted automatically on a periodical basis to ensure that identities already entered into the Network but subsequently blacklisted are weeded out of the Network



In practical terms, what does this all mean??

Cont'

# Step 6 – Access to uploaded digital ID

- Access to digital ID is only possible with the use of a hash
- Hash can only be generated by the owner of the biometric, by entering the matching biometric uploaded when creating the digital ID
- Once admitted to the Network, the digital identity can be used for various applications– for example:
  - access to bank account
  - obtaining a wallet for AML BitCoin
  - trading on a crypto exchange
  - access to private network
  - access/exit to port



In practical terms, what does this all mean??

Cont'

## Process FAQ's

- Full AML compliance by the application
- GDPR compatibility
- No dependence on platform – aside from the need for a smartphone for biometric data intake and approval
- No remembering passwords or carrying tokens
- Full transferability of digital identity from one network participant to another
- No physical presence required aside from the upload and change of the digital identify
- No sale of data, spam, phishing etc'
- No risk of data breach



Now that we understand the Network and access controls to it, we can continue with applications:

# AML BitCoin

- NAC Enforced Public Blockchain

- The AMLBitCoin is a virtual currency and designed to function as payment system. Configured to be an open/transparent Blockchain except for AML compliance scrutiny, including suspicious activity reviews and reporting.

- Only persons who obtain a certified digital personal identity via the DTN can obtain and use a wallet to hold the AMLBitCoin

- AMLBitCoin's ICO is currently underway; phase 1 successfully completed where AMLBitCoin tokens were available $1 per coin; Phase 2 is underway at $1.25 per token

- AMLBitCoin distribution Plan: 200M total: 76M for purchase; 50M for M&A, Bounty, debugging; 55M for decentralized PoW/PoS mining; 9M for ATENCoin holders; 10M for NAC Team

- Tokens issued as part of the ICO will be converted to AMLBitCoin with full features, within 6 months



# AML BitCoin cont'

## AML BitCoin Basic specifications:

| | |
|---|---|
| **Biometric Identifications** | **Mobile Application that uses blockchain technology with Biometric Identification Features.** |
| **Features:** | **Anti-Money Laundering** |
| **Features:** | **Know Your Client ("KYC")** |
| **Features:** | **Anti-Theft Feature** |
| **Special Feature:** | **Anti-Criminal Features** |
| **Segregated Witness (SegWit):** | **Yes** |
| **Consensus Protocol:** | **PoW/PoS hybrid protocol, resistant to 51% attack** |
| • **Miner PoW Block Reward:** | **2 AML, multiplied by 0.9 every 0.5 million blocks** |
| • **Miner PoS Annual Stake Reward:** | **0.5%** |
| **Encryption Algorithm:** | **X15** |
| **Average Block Time:** | **1 minute** |
| **Total Coins:** | **200 Million** |
| **Pre-mined Coins:** | **145 Million** |
| **Total Available for PoW/PoS Mining:** | **55 Million** |
| **Transaction Fees:** | **0.0001 AML (0.1 mAML) Per Thousand Bytes** |
| **Number of Mined Block Confirmation:** | **240** |
| **Number of Transaction Confirmation:** | **6** |



# AML BitCoin cont'



- AMLBitCoin is unique in the digital currency world: compliant with security and banking laws, including: Anti-Money Laundering (AML), Counter Financing of Terrorism(CFT), Anti-Fraud and Financial Crimes (AFF), Office of Foreign Assets Control (OFAC), Bank Secrecy Act (BSA), USA PATRIOT Act and the FACT Act, World-Check

- Generation of SAR's (Suspicious Activity Reports)

- AMLBitCoin is not a security - there is no functional business based on the AML BitCoin and no payout of business revenue to AMLBitCoin holders

- 10% of the coin transfer fees are to be appropriated to fund the ongoing AML compliance activities

- AMLBitCoin will be traded on a number of digital currency exchanges, commencing with HIT-btc, starting shortly

- Of the distributable AMLBitCoins, certain institutional blocks of coins are available for distribution at this time

# White Label Digital Coins

- AML BitCoin shall serve as a proof of concept and prototype on the basis of which NAC shall mint dedicated crypto currencies for a variety of uses, including:
  - Banks for purposes of international transfers;
  - Cities, States
  - Commercial chains as a replacement of loyalty plans
  - Schools, collages
  - Tourism
  - Entertainment



# Port of SF applications:

- AML (Cross Verify/DTN) secure access
- Issuance of dedicated Port of SF functional digital coin as payment
- Cargo control system – cargo docs
- Crew identification and validation, irrespective of flag
- "Tagging" of containers and creation of a digital record per container



# The people that make it all work

Marcus Andrade, Founder President

Angela Knight, CBE, Advisor for European Affairs

Carlos De La Guardia, Vice President of Latin America Affairs

Japheth Dillman, Chief Strategy Officer

John Szeder, Chief Technical Officer

Erwin Doornbos, Chief Marketing Strategist

Hung Q. Tran, Project Manager

Sergey Petkevich, Software Developer

Brandon Smietana, Software Developer

Jatin Babbar, Software Developer

Neha Verma, Software Developer

Neil M. Sunkin, Esq.

Raymond Robertson

John Crawford

Natko Vlahovic

Richard Naimer, DTN

Jack Abramoff, Media & Government affairs advisor

Ted Schipper, NAC, COO

Joe Nash, Cross Verify, CTO

Randy L Wooten, Chairman Cross Verify