AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:20-cv-2013-VC |
| ONE PARCEL OF REAL ESTATE PROPERTY LOC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rowland Marcus Andrade.

Date: 06/26/2020

s/ Manuel A. Medrano
*Attorney's signature*

Manuel A. Medrano, 102802
*Printed name and bar number*

Zuber Lawler & Del Duca LLP
350 S. Grand Avenue, 32nd Floor
Los Angeles, CA 90071

*Address*

mmedrano@zuberlawler.com
*E-mail address*

(213) 596-5620
*Telephone number*

(213) 596-5621
*FAX number*