

# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
6/23/2020

Re: Brian Joel Beck
    Attorney No. 6310979

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Brian Joel Beck was admitted to practice law in Illinois on 5/9/2013; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Registrar