Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

United States of America

    Plaintiff(s),

v.

One Parcel of Real Property Located at 9414 Plaza Point Drive, Missouri

    Defendant(s).

Case No: 3:20-cv-2013-V(

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Brian Joel Beck, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Claimant Rowland Marcus Andrade in the above-entitled action. My local co-counsel in this case is Manny Medrano, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 135 S. LaSalle St., Suite 4250<br>Chicago, IL 60603 | 350 S. Grand Avenue, 32nd Floor<br>Los Angeles, CA 90071 |
| MY TELEPHONE # OF RECORD:<br>(312) 346-1100 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 596-5620 |
| MY EMAIL ADDRESS OF RECORD:<br>bbeck@zuberlawler.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mmedrano@zuberlawler.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6310979.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 6-26-20

                                                                             APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Brian Joel Beck is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/30/2020

                                               UNITED STATES DISTRICT JUDGE

PRO HAC VICE APPLICATION & ORDER                                                   October 2012