UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE PARCEL OF REAL PROPETRY LOCATED AT 9414 PLAZA POINT DRIVE, MISSOURI CITY, TEXAS, 77459,<br><br>Defendant. | Case No. 20-cv-02013-RS<br><br>**ORDER REQUESTING JOINT STATUS REPORT** |

This civil forfeiture action was recently reassigned, given its relation to *United States v. Andrade*, 20-cr-00249-RS (N.D. Cal. filed June 22, 2020). A number of motions are currently pending, including the government's request to stay this action pursuant to 18 U.S.C. § 981(g)(1) while it prosecutes the criminal case referenced above.

Since the pending motions in this action were filed and briefed *before* the return of an indictment against claimant Rowland Marcus Andrade, the parties' positions on the pending motions may have changed in light of this significant development. Therefore, the parties in this matter are ordered to meet and confer and then file a joint status report of no more than 8 pages by Wednesday, July 8, 2020 that addresses: (1) which pending motions the parties still want addressed; and (2) whether the parties' positions on any such motions have shifted in light of Andrade's indictment. After consulting the parties' status report, the Court will then either take any pending motions under submission pursuant to Civil Local Rule 7-1(b) or, if necessary, set a new hearing date.

**IT IS SO ORDERED**.

Dated: June 30, 2020

RICHARD SEEBORG
United States District Judge