MANUEL A. MEDRANO (SBN 102802)
  mmedrano@zuberlawler.com
**ZUBER LAWLER & DEL DUCA LLP**
2000 Broadway Street, Suite 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

BRIAN J. BECK (*pro hac vice*, IL BN 6310979)
  bbeck@zuberlawler.com
**ZUBER LAWLER & DEL DUCA LLP**
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
Telephone: (312) 346-1100
Facsimile: (213) 596-5621

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE PARCEL OF REAL PROPERTY LOCATED AT 9414 PLAZA POINT DRIVE, MISSOURI CITY, TEXAS 77459,<br><br>Defendant. | Case No. 3:20-cv-2013-RS<br><br>**RE-NOTICE OF MOTION OF ROWLAND MARCUS ANDRADE FOR A PROTECTIVE ORDER TO PRESERVE EVIDENCE**<br><br>Judge: Hon. Richard Seeborg<br>Trial Date: None Set<br>Hearing Date: July 23, 2020, 1:30 p.m. |
| ROWLAND MARCUS ANDRADE,<br><br>Claimant. | |
| SOLMAZ ANDRADE,<br><br>Claimant. | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB as trustee for IRP FUND II TRUST 2A,<br><br>Claimant. | |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

 **PLEASE TAKE NOTICE THAT** on July 23, 2020, at 1:30 p.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Richard Seeborg, located in the United States Courthouse, Northern District of California, San Francisco Courthouse, Courtroom 3 – 17th Floor, Rowland Marcus Andrade ("Claimant"), by and through his attorneys, will and hereby does move this Court for an order requiring the Plaintiff United States to preserve and produce all evidence of any kind obtained through the governments' investigation(s) into Claimant, Jack Abramoff, Japheth Dillman, IRS Agent Bryan Wong, FBI Agent Ethan Quinn, FBI Agent Rohan Wynar, and related parties, including but not limited to any search or seizure of Claimant Andrade's businesses, computers, home, or other property or that of Jack Abrabmoff, and/or Japheth Dillman and any alleged associates of Andrade or Abramoff as it relates to the Complaint and to all of the criminal offenses allegedly committed by Andrade and his associates.

 This is a re-notice of the Motion of Rowland Marcus Andrade for a Protective Order to Preserve Evidence filed on June 10, 2020, at Dkt. No. 31. The motion is being re-noticed as required by the Clerk's Notice re Reassigned Case entered at Dkt. No. 41 on June 30, 2020.

 This Motion is based on this Notice of Motion; the Notice of Motion, attached Memorandum of Points and Authorities, and the attached Declarations of Rowland Marcus Andrade and Terry Landry previously filed on June 10, 2020, at Dkt. No. 31; the Reply in Support of Motion of Rowland Marcus Andrade for a Protective Order to Preserve Evidence and Reply Declaration of Rowland Marcus Andrade being served today; all of the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

Dated: July 1, 2020                                  Respectfully submitted,

By:     */s/ Brian J. Beck*
MANUEL A. MEDRANO (SBN 102802)
 *mmedrano@zuberlawler.com*
**ZUBER LAWLER & DEL DUCA LLP**
2000 Broadway Street, Suite 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

BRIAN J. BECK (*pro hac vice*, IL BN 6310979)
 *bbeck@zuberlawler.com*
**ZUBER LAWLER & DEL DUCA LLP**
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
Telephone: (312) 346-1100
Facsimile: (213) 596-5621

*Attorneys for Claimant*
*Rowland Marcus Andrade*