MANUEL A. MEDRANO (SBN 102802)
 mmedrano@zuberlawler.com
**ZUBER LAWLER & DEL DUCA LLP**
2000 Broadway Street, Suite 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

BRIAN J. BECK (*pro hac vice*, IL BN 6310979)
 bbeck@zuberlawler.com
**ZUBER LAWLER & DEL DUCA LLP**
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
Telephone: (312) 346-1100
Facsimile: (213) 596-5621

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE PARCEL OF REAL PROPERTY LOCATED AT 9414 PLAZA POINT DRIVE, MISSOURI CITY, TEXAS 77459,<br><br>Defendant.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Claimant.<br><br>SOLMAZ ANDRADE,<br><br>Claimant.<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB as trustee for IRP FUND II TRUST 2A,<br><br>Claimant. | Case No. 3:20-cv-2013-RS<br><br>**REPLY DECLARATION OF ROWLAND MARCUS ANDRADE IN FURTHER SUPPORT OF HIS MOTION FOR A PROTECTIVE ORDER TO PRESERVE EVIDENCE**<br><br>*Filed concurrently with CLAIMANT ROWLAND MARCUS ANDRADE'S OPPOSITION TO PLAINTIFF UNITED STATES' MOTION TO STAY*<br><br>Judge:   Hon. Richard Seeborg<br>Trial Date: None Set<br>Hearing Date: July 23, 2020, 1:30 p.m. |

**DECLARATION OF ROWLAND MARCUS ANDRADE**

I, Rowland Marcus Andrade, declare as follows:

Case No. 3:20-cv-2013-RS
REPLY DECLARATION OF ROWLAND MARCUS ANDRADE IN FURTHER SUPPORT OF MOTION FOR A PROTECTIVE ORDER TO PRESERVE EVIDENCE

3161-1002 / 1640137.1

1.   I am a party in the above-entitled action. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2.   On October 1, 2018, I emailed The Office Squad to request contact information for several individuals. The CEO of The Office Squad, Dida Clifton, responded that "Tony," the building owner and a partner with The Office Squad, had been served with a search and seizure warrant from the FBI, and that the FBI had removed everything from my office. A true and correct copy of those emails is attached hereto as Exhibit 1.

3.   I then asked Ms. Clifton for more details regarding the search and seizure. She provided me with a copies of the search and seizure warrant and the business cards of Agents Cody Fryxell and Kelli Hodges that the government's agents had left when they carried out the seizure. A true and correct copy of Ms. Clifton's email to me with the attached warrant and business cards is attached hereto as Exhibit 2.

4.   This month, I asked The Office Squad if they had any copies of the recordings they had made back in 2018. The General Manager of The Office Squad, Dawn Beuck, responded on June 10, 2020, and said that the recordings were placed on the computer that the government seized in September 2018. A true and correct copy of that email is attached hereto as Exhibit 3.

5.   On June 11, 2020, one of my attorneys, Eric Olsen, responded to Ms. Beuck to ask if she would sign a declaration regarding the audio recordings. Ms. Clifton responded to that email on June 15, 2020, saying The Office Squad had some phone recordings of NAC calls, but not all of them. She also said that The Office Squad did not want to be involved in any of my or my company's legal disputes. A true and correct copy of Ms. Clifton's June 15, 2020, email is attached hereto as Exhibit 4.

6.   In my previous declaration in support of the present motion, I stated that the audio recordings of telephone calls included "calls with customers that would demonstrate that I took steps to ensure my business operated honestly and legally, and was not a scheme to defraud." Specifically, those audio recordings would include calls that The Office Squad set up with AML

1  Bitcoin Token purchasers during which quality and assurance forms were completed to ensure
2  customers were not misled.
3
4      I declare under penalty of perjury under the laws of the United States of America that the
5  foregoing is true and correct.
6
7      Executed on this 1st day of July, 2020, at Missouri City, Texas.
8
9      *R. Marcus Andrade*
10     Rowland Marcus Andrade