# Exhibit 1

  Marcus Andrade <ceo@amlbitcoin.com>

### Request for Client info

**Dida** <Dida@theofficesquad.com>  Mon, Oct 1, 2018 at 6:25 PM
To: "ceo@amlbitcoin.com" <ceo@amlbitcoin.com>

Hi Marcus.

I tried calling your cell phone but your voicemail is full. This is something I'd prefer to share via phone but I guess e-mail will have to do.

Unfortunately, these files are no longer available for us to "go through". A couple of weeks ago, Tony was served with a search and seizure from the FBI for your office and all the contents.

They removed everything but the desk, shelfing and chairs. Not sure where to go from here.

Sorry.

Dida

**From:** Marcus Andrade [mailto:ceo@amlbitcoin.com]
**Sent:** Monday, October 1, 2018 1:24 PM
**To:** Admin <admin@THEOFFICESQUAD.COM>
**Cc:** Patti Fulton <Patti@TheOfficeSquad.com>; Dawn Beuck <Dawn@TheOfficeSquad.com>; AML Adim <admin@amlbitcoin.com>
**Subject:** Client Contact Information

Hello Patty and Dawn,

If possible, please get someone to go through my files and find all the contact information for the people listed below.

George Blum

Hand Winfried

Keith Voelker

William Steven Greenslade

Casey Wynne

Keith Voelker

Robert Valley

Wayne Wadson

Thank you,

--

Marcus Andrade, Founder

NAC Foundation, LLC

7495 W. Azure Drive, Suite 110

Las Vegas, Nevada 89130

Office: 1-702-515-4038