# **Exhibit 2**



**Marcus Andrade <ceo@amlbitcoin.com>**

## Request for Client info

**Dida** <Dida@theofficesquad.com>  Mon, Oct 1, 2018 at 7:16 PM
To: Marcus Andrade <ceo@amlbitcoin.com>

No Worries.

Attached is the scanned paperwork.

[Quoted text hidden]

 **Search Paperwork.pdf**
86K

I attest and certify on 9/13-18 that this is a full true and correct copy of the original document.

PEGGY A. LEEN
U.S. MAGISTRATE JUDGE

By J. Hoskin  Deputy / Secretary

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 2:18-mj-0797-PAL
)
7495 W. AZURE DRIVE, SUITE 110 )
CITY OF LAS VEGAS )
COUNTY OF CLARK, STATE OF NEVADA )

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Nevada
*(identify the person or describe the property to be searched and give its location):*

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before September 20, 2018 *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Honorable Peggy A. Leen _____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____

Date and time issued:    9-13-18  2:15 pm          **Peggy A. Leen**
                                                      *Judge's signature*

City and state:    Las Vegas, Nevada        Honorable Peggy A. Leen, U.S. Magistrate Judge
                                              *Printed name and title*

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 58D-SF-2113481

On (date) 09/13/2018

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [X] Seized

(Name) NAC Foundation
(Street Address) 7495 W. Azure Drive, Suite 110
(City) Las Vegas, Nevada

Description of Item(s):
1.) Dell Inspiron 24, Model 3455, CTTQ922
2.) Customer files A to H
3.) Customer files I to Z with Bundled files
4.) Company files A to Z, Company Invoices
5.) NAC financial Docs
6.) NAC foundation Binders
7.) NAC foundation Binders
8.) NAC foundation Binders
9.) Bank Receipts
10.) Check Books and Letters
11.) Computer Keyboard & Power Cord
12.) Calendar, Sticky Notes w/ Numbers
13.) Business Cards
14.) Sticky Note w/ Phone Number

9/13/18

Received By: _____(Signature)_____    Received From: _____(Signature)_____



**FEDERAL BUREAU OF INVESTIGATION**
LAS VEGAS DIVISION

**Cody F. Fryxell**
Special Agent

1787 W. Lake Mead Blvd.
Las Vegas, NV 89106

702-584-5549 (Office)
702-584-5811 (Fax)
cffryxell@fbi.gov



**U.S. DEPARTMENT OF JUSTICE**
FEDERAL BUREAU OF INVESTIGATION

**Kelli C. Hodges**
Special Agent
Oakland Resident Agency

2101 Webster Street
Suite 400
Oakland, CA 94612

Telephone: (510) 808-8575
Fax:        (510) 808-2610
Email:  kchodges@fbi.gov