# **<u>Exhibit 3</u>**

 **Gmail**                                                    **Marcus Andrade <ceo@amlbitcoin.com>**

## Recordings

**Dawn Beuck** <Dawn@theofficesquad.com>                                    Wed, Jun 10, 2020 at 4:24 PM
To: "ceo@amlbitcoin.com" <ceo@amlbitcoin.com>

Hello Marcus,

I hope you are doing well and staying busy. Patti and I discussed the recordings to figure out what happened. They were placed on the computer in your office. We do not recall or have record of a copy being sent to anyone.

If you do not have access to them we can get them for you. However, it will take some time so we will need to charge you for a project. The project is estimated to take about 10 hours, $450.00. If you approve the payment today we can have them to you by the end of this week.

Please let me know if you have any questions or concerns.

Thank you,

 **Dawn Beuck**
General Manager
702.649.3495
www.theofficesquad.com