# **Exhibit 4**



Marcus Andrade <ceo@amlbitcoin.com>

## FW: NAC Phone Recordings (Our clients: NAC and Marcus Andrade)

**Dida** <Dida@theofficesquad.com>                                                Mon, Jun 15, 2020 at 5:50 PM
To: "eolsen@Gtg.legal" <eolsen@gtg.legal>
Cc: Marcus Andrade <ceo@amlbitcoin.com>

Hello Mr. Olsen.

I believe you and I may have spoken on the phone previously. Please do not reach out to my staff directly. They will not be signing these or any future documentation. Ms. Fulton is no longer an employee with TheOfficeSquad.

TheOfficeSquad was hired for bookkeeping, admin tasks, and phone answering. All the documents, files, folders, and the computer were picked up from the office Mr. Andrade has here by the FBI in 2018.

We have confirmed that we have some phone recordings of NAC calls. I cannot confirm if we have all of them, how many we have, or what person called. I also cannot confirm that there was an "policy" on how to handle these recordings for NAC.

If Mr. Andrade wanted documentation from my firm on his company policies, that should have been addressed at the time of our agreement in 2014.

If Mr. Andrade would like to have the recordings, he will need to pay for the time to find, organize, and get those to him. Once you have that information, please leave us out of any further legal issues surrounding NAC and Marcus Andrade.

Thank you.

Jarita Clifton aka Dida

CEO and Founder

TheOfficeSquad

---

**From:** Eric Olsen [mailto:eolsen@Gtg.legal]
**Sent:** Thursday, June 11, 2020 3:26 PM
**To:** Dawn Beuck <Dawn@TheOfficeSquad.com>
**Subject:** NAC Phone Recordings (Our clients: NAC and Marcus Andrade)

Dawn

I represent NAC Foundation and Marcus Andrade in a of number matters. A day or so ago, Marcus made me aware of the phone recordings question, and he forwarded some emails to me on that topic including his email exchange with you yesterday. Marcus may get back to you about actually researching the phone recordings, but in the meantime, he asked me to prepare two very short declarations for you and Patti Fulton to be used in his California court case. The declarations are only a few paragraphs and address the phone recording protocol only.

We would ask that review and sign your declaration, and ask Ms. Fulton to review and sign hers, then email the copies back to my attention. If you have anything to add to the declarations, let me know. We really do not need any more information for this declaration, but we would be happy to speak with you about any additional facts you may know.

Thanks for your assistance.

Eric R Olsen

---

**2 attachments**

 **CA Fed Ct 2020 0610 Dec of Patti Fulton.docx**
38K

 **CA Fed Ct 2020 0610 Dec of Dawn Beuck.docx**
37K