1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  CHRIS KALTSAS (NYBN 5460902)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       Facsimile: (415) 436-7234
        Email: chris.kaltsas2@usdoj.gov
8
9  Attorneys for United States of America

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION
13

14

15 | UNITED STATES OF AMERICA,           ) CIVIL CASE NO. 20-02013-RS
                                         )
        Plaintiff,                       )
16                                       )
                                         ) **GOVERNMENT'S NOTICE OF MOTION TO**
17      v.                               ) **STAY**
                                         )
18 | ONE PARCEL OF REAL PROPERTY)
     LOCATED AT 9414 PLAZA POINT DRIVE,)
19 | MISSOURI CITY, TEXAS, 77459,        )
                                         )
20      Defendant,                       )
                                         )
21 | ROWLAND MARCUS ANDRADE,             )
                                         )
22      Claimant,                        )
                                         )
23 | SOLMAZ ANDRADE,                     )
                                         )
24      Claimant, and                    )
                                         )
25                                       )
   WILMINGTON SAVINGS FUND SOCIETY,      )
26 | FSB as trustee for IRP FUND II TRUST 2A,)
                                         )
27      Claimant.                        )

28

GOVERNMENT'S MOTION TO STAY
CIVIL CASE NO. 20-02013-VC                1

PLEASE TAKE NOTICE that, on July 23, 2020, at 1:30 p.m., or at any time thereafter convenient to the Court and the parties, plaintiff, the United States of America, will respectfully move the Court to stay the instant matter in light of the ongoing criminal proceedings taking place against claimant Rowland Marcus Andrade.

DATED: July 2, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____/s/_____
CHRIS KALTSAS
Assistant United States Attorney