| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | CHRIS KALTSAS (NYBN 5460902)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7200<br>Facsimile: (415) 436-7234 |
| 8 | Email:  chris.kaltsas2@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 20-02013-VC |
| Plaintiff, | ) | |
| v. | ) | **GOVERNMENT'S NOTICE OF WITHDRAWAL OF MOTION TO SEAL** |
| ONE PARCEL OF REAL PROPERTY LOCATED AT 9414 PLAZA POINT DRIVE, MISSOURI CITY, TEXAS, 77459, | ) | |
| Defendant, | ) | |
| ROWLAND MARCUS ANDRADE, | ) | |
| Claimant, | ) | |
| SOLMAZ ANDRADE, | ) | |
| Claimant, and | ) | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB as trustee for IRP FUND II TRUST 2A, | ) | |
| Claimant. | ) | |

GOVERNMENT'S MOTION TO STAY
CIVIL CASE NO. 20-02013-VC                    1

PLEASE TAKE NOTICE that the United States of America hereby respectfully withdraws its pending motion to seal its *ex parte* declaration in support of its motion to stay, filed on May 28, 2020 and amended on May 29, 2020.  Dkt. Nos. 25-26.  The undersigned has consulted with counsel for claimant Rowland Marcus Andrade, who agree to the United States' withdrawal of its motion.

DATED:  July 2, 2020                                                    Respectfully submitted,

                                                             DAVID L. ANDERSON
                                                             United States Attorney

                                                             _____/s/_____
                                                             CHRIS KALTSAS
                                                            Assistant United States Attorney