MANUEL A. MEDRANO (SBN 102802)
  mmedrano@zuberlawler.com
**ZUBER LAWLER & DEL DUCA LLP**
350 S. Grand Ave., 32nd Floor
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

BRIAN J. BECK (*pro hac vice*, IL BN 6310979)
  bbeck@zuberlawler.com
**ZUBER LAWLER & DEL DUCA LLP**
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
Telephone: (312) 346-1100
Facsimile: (213) 596-5621

*Attorneys for Claimant
Rowland Marcus Andrade*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ONE PARCEL OF REAL PROPERTY LOCATED AT 9414 PLAZA POINT DRIVE, MISSOURI CITY, TEXAS 77459,<br><br>　　　　Defendant.<br><br>ROWLAND MARCUS ANDRADE,<br><br>　　　　Claimant.<br><br>SOLMAZ ANDRADE,<br><br>　　　　Claimant.<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB as trustee for IRP FUND II TRUST 2A,<br><br>　　　　Claimant. | Case No. 3:20-cv-2013-RS<br><br>**NOTICE OF FILING OF PETITION FOR WRIT OF MANDAMUS WITH THE NINTH CIRCUIT COURT OF APPEALS**<br><br>Judge: Hon. Richard Seeborg<br><br>Trial Date: None Set |

**TO THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** on July 10, 2020, Claimant Rowland Marcus Andrade, by and through his attorneys, filed the attached Petition for Writ of Mandamus with the United States Court of Appeals for the Ninth Circuit challenging the Reassignment Order entered by the Executive Committee on June 30, 2020 (Dkt. No. 40). The Petition has been assigned Case No. 20-72001.

Dated: July 10, 2020                              Respectfully submitted,

By:   /s *Manuel A. Medrano*
MANUEL A. MEDRANO (SBN 102802)
  mmedrano@zuberlawler.com
**ZUBER LAWLER & DEL DUCA LLP**
350 S. Grand Ave., 32nd Floor
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

BRIAN J. BECK (*pro hac vice*, IL BN 6310979)
  bbeck@zuberlawler.com
**ZUBER LAWLER & DEL DUCA LLP**
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
Telephone: (312) 346-1100
Facsimile: (213) 596-5621

*Attorneys for Claimant
Rowland Marcus Andrade*