MANUEL A. MEDRANO (SBN 102802)
 mmedrano@zuberlawler.com
**ZUBER LAWLER & DEL DUCA LLP**
350 S. Grand Ave., 32nd Floor
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

BRIAN J. BECK (*pro hac vice*, IL BN 6310979)
 bbeck@zuberlawler.com
**ZUBER LAWLER & DEL DUCA LLP**
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
Telephone: (312) 346-1100
Facsimile: (213) 596-5621

*Attorneys for Claimant
Rowland Marcus Andrade*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>ONE PARCEL OF REAL PROPERTY LOCATED AT 9414 PLAZA POINT DRIVE, MISSOURI CITY, TEXAS 77459,<br><br>           Defendant.<br><br>ROWLAND MARCUS ANDRADE,<br><br>           Claimant.<br><br>SOLMAZ ANDRADE,<br><br>           Claimant. | Case No. 3:20-cv-2013-RS<br><br>**DECLARATION OF ROWLAND MARCUS ANDRADE IN IN SUPPORT OF MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL RECONSIDERATION**<br><br>*Filed concurrently with NOTICE OF MOTION AND MOTION OF ROWLAND MARCUS ANDRADE FOR LEAVE TO FILE MOTION FOR PARTIAL RECONSIDERATION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF BRIAN J. BECK IN SUPPORT OF MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL RECONSIDERATION; AND [PROPOSED] ORDER*<br><br>Judge:     Hon. Richard Seeborg<br><br>Trial Date:           None Set<br><br>Hearing Date: September 3, 2020, 1:30 p.m. |

WILMINGTON SAVINGS FUND SOCIETY, FSB as trustee for IRP FUND II TRUST 2A,

    Claimant.

## DECLARATION OF ROWLAND MARCUS ANDRADE

I, Rowland Marcus Andrade, declare as follows:

1. I am a party in the above-entitled action. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. I learned, around July 8, 2020, that the declaration of AUSA Chris Kaltsas that the government filed under seal in support of its motion to stay appeared to claim that I was liquidating equity in "various assets [I] had purchased with purportedly ill-gotten funds" around February 10, 2020. That is false. I was not seeking to liquidate equity in any of assets on or around February 10, 2020 that were listed on the complaint.

3. I had put my house, the defendant parcel of real estate in Missouri City, Texas, up for sale in December 2018, but I did not ultimately sell the house. Instead, I took out a loan using the property as collateral in April 2019. The reason I took out that loan was to raise proceeds to fund the continued development of my AML Bitcoin technology.

4. In September 2019, I took out a mortgage on my house, paying back the April 2019 loan in full and using the remaining balance to complete development of the AML Bitcoin technology.

5. I also owned a separate parcel of land in Corpus Christi, Texas. I took out a loan using this property as collateral in February 2019, and then sold that land in June 2019. The money from those transactions also went into development of the AML Bitcoin technology.

6. I also swear and confirm that I have been a victim of racial discrimination on multiple occasions throughout my life—including this selective prosecution. I pray that all people

1. will be treated equally regardless of race, gender, age, or social status. We all breathe the same air
2. and eat the same food. No one should be treated differently based on their connections and
3. influence with powerful government officials, or their lack thereof.
4.
5.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
6.
7.     Executed on this 29th day of July, 2020, at Missouri City, Texas.
8.
9.     *R. Marcus Andrade*
10.     Rowland Marcus Andrade