1  MANUEL A. MEDRANO (SBN 102802)
    mmedrano@zuberlawler.com
2  **ZUBER LAWLER & DEL DUCA LLP**
   350 S. Grand Ave., 32nd Floor
3  Los Angeles, California 90071
   Telephone: (213) 596-5620
4  Facsimile: (213) 596-5621

5  BRIAN J. BECK (*pro hac vice*, IL BN 6310979)
    bbeck@zuberlawler.com
6  **ZUBER LAWLER & DEL DUCA LLP**
   135 S. LaSalle St., Suite 4250
7  Chicago, Illinois 60603
   Telephone: (312) 346-1100
8  Facsimile: (213) 596-5621

9  *Attorneys for Claimant*
   *Rowland Marcus Andrade*
10

11                    UNITED STATES DISTRICT COURT

12         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  UNITED STATES OF AMERICA, | Case No. 3:20-cv-2013-RS |
| 15           Plaintiff, | **PROPOSED ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL RECONSIDERATION** |
| 16      v. | |
| 17  ONE PARCEL OF REAL PROPERTY LOCATED AT 9414 PLAZA POINT DRIVE, | |
| 18  MISSOURI CITY, TEXAS 77459, | Judge:  Hon. Richard Seeborg |
| 19           Defendant. | Trial Date:  None Set |
|  | Hearing Date: September 3, 1:30 p.m. |
| 20  ROWLAND MARCUS ANDRADE, | |
| 21           Claimant. | |
| 22  | |
| 23  SOLMAZ ANDRADE, | |
| 24           Claimant. | |
| 25  | |
| 26  WILMINGTON SAVINGS FUND SOCIETY, FSB as trustee for IRP FUND II TRUST 2A, | |
| 27           Claimant. | |
| 28  | |

1  Rowland Marcus Andrade's Motion for Leave to File Motion for Partial Reconsideration
2  came for hearing before this Court on September 3, 2020, at 1:30 p.m.  After full consideration of
3  the matter, Claimant Andrade's Motion is GRANTED. Claimant Andrade is ordered to file his
4  Motion for Partial Reconsideration by _____ __, 2020.
5
6  IT IS SO ORDERED.
7
8  Dated: _____    _____
                                              UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28