MANUEL A. MEDRANO (SBN 102802)
 *mmedrano@zuberlawler.com*
**ZUBER LAWLER & DEL DUCA LLP**
350 S. Grand Ave., 32nd Floor
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

BRIAN J. BECK (*pro hac vice*, IL BN 6310979)
 *bbeck@zuberlawler.com*
**ZUBER LAWLER & DEL DUCA LLP**
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
Telephone: (312) 346-1100
Facsimile: (213) 596-5621

*Attorneys for Claimant*
*Rowland Marcus Andrade*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>ONE PARCEL OF REAL PROPERTY LOCATED AT 9414 PLAZA POINT DRIVE, MISSOURI CITY, TEXAS 77459,<br><br>       Defendant. | Case No. 3:20-cv-2013-RS<br><br>**DECLARATION OF BRIAN J. BECK IN RESPONSE TO PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**<br><br>Judge:   Hon. Richard Seeborg<br><br>Trial Date:   None Set<br><br>Hearing Date: None (per Dkt. No. 52) |
| ROWLAND MARCUS ANDRADE,<br><br>       Claimant. | |
| SOLMAZ ANDRADE,<br><br>       Claimant. | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB as trustee for IRP FUND II TRUST 2A,<br><br>       Claimant. | |

**DECLARATION OF BRIAN J. BECK**

I, Brian J. Beck, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with Zuber Lawler & Del Duca LLP, attorneys of record for Claimant Rowland Marcus Andrade. I have personal knowledge of the facts stated herein, and if called to testify, I could competently do so.

2. Attached hereto as Exhibit 1 is a true and correct copy of an email I received from Plaintiff's counsel, Assistant U.S. Attorney Chris Kaltsas, on July 10, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 31st day of July, 2020, at Glenview, Illinois.

/s *Brian J. Beck*
Brian J. Beck

Case No. 3:20-cv-2013-RS
DECLARATION OF BRIAN J BECK

3161-1002 / 1654349.1