# **Exhibit 1**

# Brian J. Beck

| | |
|---|---|
| **From:** | Kaltsas, Chris (USACAN) <Chris.Kaltsas2@usdoj.gov> |
| **Sent:** | Friday, July 10, 2020 4:01 PM |
| **To:** | Brian J. Beck |
| **Cc:** | Manny Medrano; Gabriela Sáenz-Seitz |
| **Subject:** | RE: Notice re Petition for Writ of Mandamus in Andrade Cases (Nos. 3:20-cv-2013, 3:20-cr-249, 3:20-cv-4188) |

Hi Brian,

I hope this email finds you well. I'm writing to you regarding the below email. Please note that I'm not sure what the folks on the criminal side of this are doing at this juncture.

I'm writing you because I am seeking your position on a stipulation for the Government to withdraw its complaint against your client's property under Rule 41(a)(1)(A)(ii). Please let me know whether your client would agree to such a stipulation. This would not affect the criminal case in any way.

Thank you,

Chris

---

**From:** Brian J. Beck <bbeck@zuberlawler.com>
**Sent:** Friday, July 10, 2020 12:07 PM
**To:** Kaltsas, Chris (USACAN) <CKaltsas1@usa.doj.gov>; Farnham, Lloyd (USACAN) <lfarnham@usa.doj.gov>; katzma@sec.gov; preston.ascherin@akerman.com
**Cc:** Manny Medrano <mmedrano@zuberlawler.com>; Gabriela Sáenz-Seitz <GSaenz@zuberlawler.com>
**Subject:** Notice re Petition for Writ of Mandamus in Andrade Cases (Nos. 3:20-cv-2013, 3:20-cr-249, 3:20-cv-4188)

Counsel,

We are emailing to notify you that we intend, later today, to file a Petition for Writ of Mandamus with the Ninth Circuit Court of Appeals challenging the Northern District of California Executive Committee's Reassignment Order dated June 30, 2020, which ordered all three of the cases against our client to be reassigned to Judge Seeborg. The Petition challenges the order on the grounds that it ordered each of these three cases to be assigned to Judge Seeborg when the Court's Local Rules requires related case decisions to be made by the judge of the earliest-filed case, and if cases are determined to be related, they are to be reassigned to the judge of the earliest-filed case.

In order to limit the delay this may cause to each of the three cases concerning Andrade (Cases No. 3:20-cv-2013, 3:20-cr-249, and 3:20-cv-4188), we are requesting that the Ninth Circuit treat this Petition as an Emergency Motion under Ninth Circuit Rule 27-3, which requests that the Ninth Circuit address the Petition within 21 days. In order to avoid mooting the relief sought, we also intend, in each of the underlying cases, to request a stay pending resolution of the Petition. Please let us know by 5:00 PM, Pacific Time, on Monday, July 13, whether you will oppose a motion to stay in each of these three cases.

Regards,



**BRIAN J. BECK**
Associate
Zuber Lawler & Del Duca LLP
135 S. LaSalle Street, Suite 4250
Chicago, IL 60603, USA
T: +1 (312) 346-1100
bbeck@zuberlawler.com |  www.zuberlawler.com

**Please note our new address**

The information contained in this email message and any attachments may be confidential and privileged, and exempt from disclosure under applicable law. This email message is intended only for the exclusive use of the person or entity to whom it is addressed. If you are not the intended recipient (or someone responsible for delivering this email message to the intended recipient), please be aware that any use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return email or by telephone and delete or destroy this email message and any attachments to it. This email may be an attorney advertisement. Should you not wish to receive such communications from me, please reply to this email requesting to be removed.