United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ONE PARCEL OF REAL PROPERTY LOCATED AT 9414 PLAZA POINT DRIVE, MISSOURI CITY, TEXAS, 77459,

Defendant.

Case No. 20-cv-02013-RS

**ORDER GRANTING MOTION TO WITHDRAW**

At a hearing on a motion to withdraw brought by their co-counsel in a connected criminal proceeding, *United States v. Andrade*, 20-cr-0249 RS, Manuel A. Medrano, Brian Joel Beck, and their firm, Zuber Lawler LLP, orally moved for leave to withdraw from their representation of Rowland Marcus Andrade both as defendant in the criminal matter and as claimant in this matter. The motion has been orally granted in the criminal case. Good cause appearing, the motion is also granted in this matter. Pursuant to Civil Local Rule 11-5, leave to withdraw is subject to the condition that papers may continue to be served on counsel for forwarding purposes, unless and until Andrade appears by other counsel or pro se, and counsel is required to notify Andrade of this condition.

**IT IS SO ORDERED**.

Dated: July 21, 2021

_____
RICHARD SEEBORG
Chief United States District Judge